**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SUNSHINE EASTGATE PLAZA LLC | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-02986-O |
| | § | |
| LEXINGTON INSURANCE COMPANY et al., | § | |
| | § | |
| | § | |
| Defendant. | § | |

---

**ENTRY OF APPEARANCE**

---

COMES NOW, K. Michael Sturgill, with Themis Legal Group, PLLC, and hereby enters his appearance as Attorney for the above-named Plaintiff, SUNSHINE EASTGATE PLAZA LLC.

Dated this 22th day of December, 2025.

Respectfully submitted,

**THEMIS LEGAL GROUP, PLLC**

*/s/ K. Michael Sturgill, Esq.*
K. Micheal Sturgill, #24075588
556 Silicon Dr, Suite 101
Southlake, TX 76092
Telephone: 214-494-8044
Primary Email: service@nia.law
Secondary email: mike@themislegalgroup.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

On December 23, 2025, I filed Plaintiff's ENTRY OF ATTORNEY APPEARANCE with the clerk of court for the U.S. District Court, Northern District of Texas.

I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5 (b)(2)

**/s/ K. Michael Sturgill**
*K. Michael Sturgill*
*Attorney for Plaintiff,*