**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SUNSHINE EASTGATE PLAZA LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action No.  3:25-CV-02986-O |
| | § | |
| **LEXINGTON INSURANCE** | § | |
| **COMPANY, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Plaintiff's Motion for Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(A)(2). ECF No. 30. Plaintiff's Certificate of Conference does not indicate whether Defendants are opposed to the requested relief. Accordingly, the Court **ORDERS** Defendants to file either a notice of non-opposition or an objection to the requested relief no later than **July 31, 2026**.

**SO ORDERED** on this **28th day** of **July, 2026.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**