**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SUNSHINE EASTGATE PLAZA, LLC | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-cv-02986-O |
| | § | |
| | § | |
| LEXINGTON INSURANCE COMPANY, | § | |
| AXIS SURPLUS INSURANCE COMPANY, | § | |
| AND STARSTONE SPECIALTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered Plaintiff Sunshine Eastgate Plaza, LLC's ("Plaintiff") Motion to Dismiss Without Prejudice, and Defendants AXIS Surplus Insurance Company and StarStone Specialty Insurance Company's Response to Plaintiff's Motion to Dismiss Without Prejudice. The Court, having reviewed the same, find that a dismissal with prejudice is warranted. It is, therefore,

**ORDERED** that each and every cause of action and claim filed by Plaintiff is **DISMISSED WITH PREJUDICE** as to the re-filing of same. It is further, **ORDERED** that costs of court are taxed against the party incurring same. This judgment finally disposes of all parties and all claims and is appealable.

**IT IS SO ORDERED**.

**SIGNED:** _____

**Reed O'Connor, Chief Judge**
United States District Court
Northern District of Texas