**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

SUNSHINE EASTGATE PLAZA, LLC          §
                                      §
    *Plaintiff,*                   §
                                      §
v.                                    §          CIVIL ACTION NO. 3:25-cv-02986-O
                                      §
                                      §
LEXINGTON INSURANCE COMPANY,          §
AXIS SURPLUS INSURANCE COMPANY,       §
AND STARSTONE SPECIALTY              §
INSURANCE COMPANY,                    §
                                      §
    *Defendants.*                  §

**APPENDIX TO DEFENDANTS AXIS'S AND STARSTONE'S RESPONSE IN
OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE**

      Defendants AXIS Surplus Insurance Company ("AXIS") and StarStone Specialty Insurance

Company ("StarStone") file this Appendix to its Response in Opposition to Plaintiff Sunshine Eastgate

Plaza, LLC's ("Plaintiff") Motion to Dismiss Without Prejudice and shows the Court as follows:

| Exhibit | Description | Appendix Pages |
|---------|-------------|----------------|
| A | E-mail Correspondence Regarding Extension of Time to Respond to Defendants' Motions to Dismiss Pursuant to Rule 12(b)(6), January 27, 2026. | 1−3 |
| B | AXIS and StarStone's Requests for Production and Interrogatories to Plaintiff, served on April 28, 2026. | 4−31 |
| C | E-mail Correspondence Regarding Extension of Time to Designate Experts, June 17, 2026. | 32−34 |
| D | J.S. Held, LLC Engineering Evaluation Report, January 24, 2025. | 35−113 |
| E | Memorandum Opinion and Order Dismissing Plaintiff's Award of Attorneys' Fees in Civil Action No. 3:25-cv-02990-O, entered on May 19, 2026. | 114−118 |

1

| F | Order Granting Motions to Dismiss Plaintiff's Extra-Contractual Claims Pursuant to Rule 12(b)(6) in Civil Action No. 4:25-cv-01297-Y, entered on December 23, 2025. | 119−120 |
|---|---|---|

Respectfully submitted,

SHACKELFORD, MCKINLEY & NORTON, LLP

By: */s/ Bruce R. Wilkin*

**Bruce R. Wilkin**
Texas Bar No. 24053549
bwilkin@shackelford.law
**Gisela A. Aguilar**
Texas Bar No. 24132153
gaguilar@shackelford.law
717 Texas Avenue, 27th Floor
Houston, Texas 77002
Phone: (832) 415-1801
Fax: (832) 565-9030

**Timothy E. Drake**
State Bar No. 00789789
tdrake@shackelford.law
9201 N. Central Expressway, Fourth Floor
Dallas, Texas 75231
Phone: (214) 780-1383
Fax: (214) 780-1401

ATTORNEYS FOR DEFENDANTS AXIS SURPLUS
INSURANCE COMPANY AND STARSTONE
SPECIALTY INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on July 30, 2026.

*/s/ Bruce R. Wilkin*
Bruce R. Wilkin

2

# EXHIBIT A

**Gisela Aguilar**

| | |
|---|---|
| **From:** | Bruce Wilkin |
| **Sent:** | Wednesday, January 28, 2026 1:58 PM |
| **To:** | Will Eggleston; Anthony Pastor; Gisela Aguilar; William Eggleston; Kimberly Aaron |
| **Cc:** | Emilia Egas; service@nia.law; dax@nia.law |
| **Subject:** | RE: Sunshine Eastgate Plaza v. Lexington Ins. Co. et al., Cause No. 3:25-cv-2986-o |

AXIS and StarStone are unopposed to an extension.

Thanks,
Bruce

**Bruce R. Wilkin | Partner**
**Shackelford, McKinley & Norton, LLP**
717 Texas Ave. | 27th Floor | Houston, Texas 77002
832.415.1773 *direct* | bwilkin@shackelford.law

Board Certified – Insurance Law
Texas Board of Legal Specialization
Licensed in Texas, Louisiana, Oklahoma, and Colorado

**From:** Will Eggleston <will@egglestonbriscoe.com>
**Sent:** Tuesday, January 27, 2026 4:05 PM
**To:** Anthony Pastor <anthony@nia.law>; Gisela Aguilar <gaguilar@shackelford.law>; Bruce Wilkin <bwilkin@shackelford.law>; William Eggleston <wje@egglestonbriscoe.com>; Kimberly Aaron <kaaron@shackelford.law>
**Cc:** Emilia Egas <emilia@nia.law>; service@nia.law; dax@nia.law
**Subject:** RE: Sunshine Eastgate Plaza v. Lexington Ins. Co. et al., Cause No. 3:25-cv-2986-o

Hi Anthony –

It is not our motion that your are asking for time to respond to, but, if necessary, we do not oppose a motion for an extension of time.

Will

William J. Eggleston IV
Eggleston & Briscoe
2190 North Loop West, Suite 200
Houston, TX 77018
(713)659-5100
(713)951-9920(fax)
will@egglestonbriscoe.com
https://link.edgepilot.com/s/6e65ef8d/7qac3mX4Zk6VG13AWK5dOg?u=http://www.egglestonbriscoe.com/

**From:** Anthony Pastor <anthony@nia.law>
**Sent:** Tuesday, January 27, 2026 3:58 PM

1

**App. 000002**

**To:** Gisela Aguilar <gaguilar@shackelford.law>; Will Eggleston <will@egglestonbriscoe.com>; Bruce Wilkin <bwilkin@shackelford.law>; William Eggleston <wje@egglestonbriscoe.com>; Kimberly Aaron <kaaron@shackelford.law>
**Cc:** Emilia Egas <emilia@nia.law>; service@nia.law; dax@nia.law
**Subject:** Re: Sunshine Eastgate Plaza v. Lexington Ins. Co. et al., Cause No. 3:25-cv-2986-o

***This message originated outside of Eggleston & Briscoe***

Good Afternoon Counsel,

Following up on our email below. Can you please confirm whether you intend to oppose our motion for extension of time?

We do not want to delay further so we will have to file our motion tomorrow by the end of the day.

All the best,

**Anthony Pastor, Esq.**
**Attorney**
5900 Balcones Drive, STE 100
Austin, TX 78731
Tel. +1 (833) 701-4110

2

App. 000003

# EXHIBIT B

App. 000004

| | |
|---|---|
| **From:** | Kimberly Aaron |
| **To:** | Anthony Pastor; Service Email; "mike@themislegalgroup.com" |
| **Cc:** | Bruce Wilkin; Gisela Aguilar; Tim Drake |
| **Subject:** | 3:25-cv-02986-O; Sunshine Eastgate Plaza, LLC v. Lexington Insurance Company, AXIS Surplus Insurance Company, and Starstone Specialty Insurance Company |
| **Date:** | Tuesday, April 28, 2026 3:41:00 PM |
| **Attachments:** | image001.png |
| | 2026-04-28 - AXIS StarStone"s Initial Disclosures - 2986-O.pdf |
| | 2026-04-28 - AXIS"s ROGs to Plaintiff - 02986-O.pdf |
| | 2026-04-28 - AXIS"s and Starstone"s RFPs to Plaintiff - 02986-O.pdf |

Please see attached Defendants AXIS and Starstone's Initial Disclosures in the above-referenced matter.

Also attached are Defendants AXIS and Starstone's Interrogatories and Requests for Production to Plaintiff.

Thank you,

**Kimberly Aaron**
**Paralegal**
**Shackelford, McKinley & Norton, LLP**
717 Texas Ave. | 27th Floor | Houston, TX 77002
832-415-1621 *direct* | 832-565-9030 *fax*
kaaron@shackelford.law | www.shackelford.law



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHEN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SUNSHINE EASTGATE PLAZA, LLC | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-cv-02986-O |
| | § | |
| LEXINGTON INSURANCE COMPANY, | § | |
| AXIS SURPLUS INSURANCE COMPANY, | § | |
| AND STARSTONE SPECIALTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| *Defendants.* | § | |

**DEFENDANTS AXIS AND STARSTONE'S FIRST**
**REQUEST FOR PRODUCTION TO PLAINTIFF**

Pursuant to the Federal Rules of Civil Procedure, Defendants AXIS Surplus Insurance Company ("AXIS") and StarStone Specialty Insurance Company ("StarStone") serve the following Requests for Production on Plaintiff Sunshine Eastgate Plaza, LLC ("Plaintiff"). AXIS and StarStone further request that Plaintiff produce the documents, electronically stored information, and other tangible things requested herein at the offices of Shackelford, McKinley & Norton, LLP, 717 Texas Ave., 27th Floor, Houston, Texas, 77002, either electronically or in the manner in which they are kept in the usual course of business, and to serve written answers and responses to these requests within thirty (30) days of the service hereof. Plaintiff is under a duty to reasonably supplement these answers in accordance with the Federal Rules of Civil Procedure.

1

Respectfully submitted,

SHACKELFORD, MCKINLEY & NORTON, LLP

By: */s/ Gisela A. Aguilar*
    **Bruce R. Wilkin**
    Texas Bar No. 24053549
    bwilkin@shackelford.law
    **Gisela A. Aguilar**
    Texas Bar No. 24132153
    gaguilar@shackelford.law
    717 Texas Avenue, 27th Floor
    Houston, Texas 77002
    Phone: (832) 415-1801
    Fax: (832) 565-9030

    **Timothy E. Drake**
    State Bar No. 00789789
    tdrake@shackelford.law
    9201 N. Central Expressway, Fourth Floor
    Dallas, Texas 75231
    Phone: (214) 780-1383
    Fax: (214) 780-1401

    **ATTORNEYS FOR DEFENDANTS AXIS SURPLUS INSURANCE COMPANY AND STARSTONE SPECIALTY INSURANCE COMPANY**

2

App. 000007

## CERTIFICATE OF SERVICE

I hereby certify that in compliance with the Federal Rules of Civil Procedure, a copy of the foregoing instrument was served on the following counsel on April 28, 2026:

Antony Pastor
National Insurance Advocates, LLP
6619 S. Dixie Hwy #363
Miami, FL 331413
Telephone: (833) 701-4110
anthony@nia.law
service@nia.law

K. Michael Sturgill
THEMIS LEGAL GROUP, PLLC
556 Silicon Dr, Suite 101,
Southlake, TX 76092
Telephone: (214) 494-8044
mike@themislegalgroup.com

              */s/ Gisela A. Aguilar*
              Gisela A. Aguilar

3

## I.    DEFINITIONS

For purposes of this discovery, the terms used shall have the following meanings, unless the context clearly indicates otherwise:

**"All"** shall mean **"any"** and vice versa.

**"And"** and **"or"** shall be construed conjunctively or disjunctively as necessary to make the request inclusive rather than exclusive. The use of the word "including" shall be construed to include "without limitation."

**"AXIS"** shall mean and refers to AXIS Surplus Insurance Company, its past, present, and future officers, directors, members, agents, insurers, servants, representatives, employees, independent contractors, claim adjusters, field adjusters, third-party administrators, parents, subsidiaries, affiliated companies, partners, predecessors, attorneys, successors-in-interest, and any other person or entity acting, or purporting to act, on its behalf or under its control.

**"Claim"** shall mean and refer to that insurance claim made by Plaintiff for damage or loss at the Subject Property (date of loss on or about September 24, 2024) under Lexington Insurance Policy No. 062502712, AXIS Surplus Insurance Company Policy No. EAF657478-23, and StarStone Specialty Insurance Company Policy No. U87778230CSP, to which AXIS assigned claim number ATL 213714 and StarStone assigned claim number 4245921.

**"Communication"** includes but is not limited to any telephone conversation, meeting, discussion, letter, facsimile, email, text message, or other writing or means in which information was received or transmitted to you.

**"Defendants"** shall mean and refer to AXIS Surplus Insurance Company, StarStone Specialty Insurance Company, and Lexington Insurance Company.

**"Document"** and **"Documents"** shall mean all written, reported, recorded, printed or typed or graphic matter, however produced or reproduced, now or at any time in Plaintiff's possession, custody or control. The terms shall include, but not be limited to, all letters, correspondence, telegrams, telexes, cables, telephone records, logs and notations, intra and interoffice communications, microfilm, diaries, calendar entries, summaries, messages, audio tapes, videotapes, digital recordings, computer discs or tapes, computer programs and software, photographs, film, invoices, files, ledgers, journals and other formal and informal books of record and account, minutes, bulletins, instructions, work assignments, reports, memoranda, notes, notebooks, speeches, drafts, data sheets, data compilations, press releases, public statements and/or announcements, public and governmental filings, opinions, worksheets, statistics, contracts, agreements, intra-corporate drafts of the foregoing items and copies or reproductions of the foregoing upon which notations in writing have been made which do not appear on the original.

**"Identify," "Identifies"** and **"Identification"** means:

    a.   natural person, means to state his or her full name if known, his or her present or last known address and telephone numbers, and if known, his or her present or last known business address, position and business affiliation.

App. 000009

b.  corporation or business entity, means to state the name of such business, the address of its principal place of business and its telephone number.

c.  Document as defined above, means to state the identifying nomenclature and the type of document or documents, including, without limitation, its date, if any; the person or office who sent it; the persons or office to whom it was sent; its present location or custodian; the form of the document; and a description of its contents. If any such document was, but no longer is, in your possession, please state what disposition was made of it. In lieu of identifying a document responsive to a interrogatory, you may attach a legible copy of the document to the answer, and to make reference to the specific document so attached in the appropriate answer.

d.  contract right or obligation mean to quote the applicable contract language, state the source of the language, whether from the contract or other agreement, and the provision number in the contract.

**"Knowledge"** includes both firsthand and secondary knowledge.

**"Lawsuit"** shall mean and refers to the action styled *Sunshine Eastgate Plaza, LLC v. Lexington Insurance Company, AXIS Surplus Insurance Company, and Starstone Specialty Insurance Company*, Civil Action No. 3:25-cv-02986-O in the United States District Court for the Northern District of Texas, Dallas Division.

**"Lexington"** shall mean and refers to Lexington Insurance Company, its past, present, and future officers, directors, members, agents, insurers, servants, representatives, employees, independent contractors, claim adjusters, field adjusters, third-party administrators, parents, subsidiaries, affiliated companies, partners, predecessors, attorneys, successors-in-interest, and any other person or entity acting, or purporting to act, on its behalf or under its control.

**"Person"** shall mean the plural as well as the singular and includes any natural person, firm, corporation, association, partnership, trust, joint venture, or other legal entity, whether public or private.

**"Plaintiff," "You,"** or **"Yours"** shall mean and refers to Plaintiff Sunshine Eastgate Plaza, LLC and its agents, owners, shareholders, members, employees, subordinates, representatives, consultants, public adjusters, contractors, officers, directors, partners, attorneys, predecessors, successors, affiliates, assigns, and all other natural persons or businesses or legal entities acting or purporting to act on behalf of or under the direction or control of them, unless otherwise indicated.

**"Policy"** shall mean and refers to the insurance policy bearing Policy No. 062502712 issued by Lexington Insurance Company Policy, insurance policy bearing Policy No. EAF657478-23 issued by AXIS Surplus Insurance Company, and the insurance policy bearing Policy No. U87778230CSP issued by StarStone Specialty Insurance Company, all with effective dates of November 1, 2023 through November 1, 2024.

5

**"Property Management Company"** means any individual, or entity, retained by Plaintiff to act as property manager of the Subject Properties and/or maintain, manage, inspect or supervise the Subject Properties and any such individual and/or entity's past, present, and future agents, owners, principals, shareholders, members, employees, subordinates, representatives, consultants, contractors, officers, directors, partners, attorneys, predecessors, successors, affiliates, assigns, and all other natural persons or businesses or legal entities acting or purporting to act on behalf of or under the direction or control of them, unless otherwise indicated.

**"Relating to," "referring to," "reflecting," "regarding"** or **"evidencing"** shall mean and shall include stating, describing, recording, noting, mentioning, concerning, reflecting, referring to, relating to, relevant to, alluding to, responding to, connected with, commenting on, in respect of, about, regarding, showing, tending to show, discussing, evaluating, studying, analyzing, constituting, comprising, embodying, containing, evidencing, pertaining to, respecting, supporting, tending to support, under-cutting, tending to undercut, contradicting, or tending to contradict.

**"StarStone"** shall mean and refers to StarStone Specialty Insurance Company, its past, present, and future officers, directors, members, agents, insurers, servants, representatives, employees, independent contractors, claim adjusters, field adjusters, third-party administrators, parents, subsidiaries, affiliated companies, partners, predecessors, attorneys, successors-in-interest, and any other person or entity acting, or purporting to act, on its behalf or under its control.

**"Statement"** means (a) a written statement signed or otherwise adopted or approved by the person making it, or (b) a stenographic, mechanical, electrical or other type of recording, or any transcription thereof which is a substantially verbatim recital of a statement made by the person and contemporaneously recorded.

**"Subject Property"** shall mean and refer to the property owned by Plaintiff and generally located at 1430 - 1454 Northwest Highway, Garland, Texas 75041.

**"Supplied"** includes sold by, purchased from, or otherwise furnished by the party to which the interrogatory refers.

**"Things"** shall mean and refer to any tangible items not otherwise included in the definition of document above.

6

App. 000011

## II.    INSTRUCTIONS

All responsive information and documents are to be divulged which are not privileged and are in the possession, custody or control of Plaintiff, its attorneys, investigators, agents, employees, officers, directors, representatives, or anyone acting on Plaintiff's behalf.

Where an individual production request calls for an answer which involves more than one part, each part of the answer shall be clearly set out so that it is understandable.

These production requests are continuing in nature and require supplemental answers in the event you or your attorney(s) discover additional responsive information.

Where knowledge or information in your possession, custody or control is requested, such request includes knowledge or information possessed by your present or former (at the time they were acting on your behalf) attorneys, agents, subordinates, employees, directors, officers, representatives and consultants, and anyone else from whom Plaintiff have a superior right to compel the information.

The singular form of a word shall be interpreted as a plural and the plural form of a word shall be interpreted as a singular whenever appropriate in order to bring within the scope of these interrogatories any information that might otherwise be considered beyond their scope.

In the event that any document requested has been lost or destroyed, please identify that document by author(s), addressee(s), date, subject matter, number of pages, attachments or appendices, all persons to whom distributed, shown or explained, all persons who had custody of each document, date of loss or destruction, and the name and title of the person responsible for the loss or destruction.

If you object or refuse to answer in whole or in part any production request propounded below, or if you object or refuse to identify or provide any document requested below on the grounds that it requests information that falls within the scope of any discovery privilege or exemption, please provide the following information as to each such objection:

a.  Information or materials to the request has been withheld,
b.  The request to which the information or materials relates, and
c.  The privilege or privileges asserted.

If you believe the production request may request production of some information which is protected by applicable privilege or exemption, you are requested to answer with any responsive information that is not subject to a claim of privilege.

App. 000012

### III.     REQUESTS FOR PRODUCTION TO PLAINTIFF

**REQUEST FOR PRODUCTION NO. 1:**

Produce all Documents, Statements, and Communications related to the Claim.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 2:**

Produce all Documents relating to written communications Plaintiff, or anyone acting on Plaintiff's behalf, had with Defendants, or anyone acting on Defendants' behalf (including, but not limited to, Ryan Vesta of Crawford Global Technical Services and David Jimenez, P.E. of J.S. Held, LLC).

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 3:**

Produce all Documents, including engineering reports, estimates, photos, and invoices, which support the damages or losses sought in this Lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 4:**

Produce all Documents related to the condition, maintenance, repairs and/or replacements of the Subject Property's roofing system, exterior, and/or interiors from January 1, 2019 to the present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 5:**

Produce all Documents and Communications You rely on to calculate the scope and costs of repairs sought in Your live pleading.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 6:**

Produce all inspection reports, surveys, property condition documents, repair recommendations, or appraisal reports for the Subject Property, with all attachments, which have been prepared for or provided to Plaintiff or anyone acting on Plaintiff's behalf since January 1, 2019.

**RESPONSE:**

App. 000013

**REQUEST FOR PRODUCTION NO. 7:**

Produce all photographs or videos of the Subject Property's roofing system, exteriors, and/or interiors taken by anyone, from January 1, 2019 to the present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 8:**

Produce all Communications, including all attachments thereto, between Plaintiff and any Property Management Company, public adjuster, engineer, or contractor that relate to the Subject Property's roofing system, exteriors, and/or interiors relating to the alleged September 24, 2024 weather event.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 9:**

Produce all Communications, including all attachments thereto, between Plaintiff or anyone acting on Plaintiff's behalf and any tenants of the Subject Property, relating to the Claim, the Policy and/or the condition of the Subject Property between January 1, 2019 and the present.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 10:**

Produce all Communications, including all attachments thereto, between Plaintiff and

- RSG Specialty, LLC f/k/a RT Specialty, LLC,
- Restore Masters (including, but not limited, to Raleigh Wren),
- Jay Hathcox,
- City of Garland building officials, and/or
- Dallas County building officials

relating to the Claim, the Policy and/or the Subject Property between January 1, 2019 and the present.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 11:**

Produce all contracts, agreements, estimates, bids, proposals, quotes, invoices, payments, schedules or damage descriptions from January 1, 2019 to the present between Plaintiff or anyone acting on Plaintiff's behalf and any roofers, engineers, consultants, appraisers, and contractors (including, but not limited, to Restore Masters), relating the Subject Property, the Claim, and/or the Lawsuit.

App. 000014

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 12:**

Produce all Documents and Communications, including all attachments thereto, relating to Plaintiff's efforts to repair or mitigate damages or losses You claim were caused by the alleged September 24, 2024 weather event.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 13:**

Produce all written agreements and contracts with any Property Management Company, public adjuster, engineer, insurance agent, insurance broker, and/or contractor relating to the Subject Property from January 1, 2019 to the present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 14:**

Produce all budgets, ledger sheets, accounting records and/or financial statements from January 1, 2019 to the present that record or relate to the amount of money Plaintiff spent and/or expects to spend to maintain, repair, or improve the Subject Property's roofing system, exterior, gutters, and/or interiors.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 15:**

Produce all Notices of Loss/Notices of Claim relating to any other claim for damage or loss to the Subject Property or similar documents submitted to any insurer for the Subject Property, from January 1, 2019 to the present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 16:**

Produce all Documents reviewed by or provided to any consulting experts which were reviewed by any testifying expert witness or fact witness regarding the Policy, the Subject Property, or the Claim.

**RESPONSE:**

10

**REQUEST FOR PRODUCTION NO. 17:**

Produce all Documents submitted by Plaintiff, or anyone acting on Plaintiff's behalf to any insurer for any loss arising at the Subject Property from January 1, 2019 to the present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 18:**

Produce all Documents regarding the need to inspect, repair or replace any or all of the Subject Property's roofing system, exteriors, and interiors at the Subject Property, whether actually done or not, from January 1, 2019 to the present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 19:**

Produce all tenant complaints, complaint or maintenance logs, notices, maintenance or repair requests, leak logs, work orders, repair requests, and any similar documents or Communications that relate to the Subject Property's roofing system, exterior, and/or interiors, from January 1, 2019 to the present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 20:**

Produce all Documents relating to any prior insurance claim(s) made for the Subject Property between January 1, 2019 and the present, including but not limited to claims for storm-related damages.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 21:**

Produce all Documents that reflect the condition, testing, inspection, or repairs of any claimed damage at the Subject Property, including any protocols, test criteria, inspection reports, core samples, test results, photographs, Communications, estimates, invoices, reports, evaluations, payments, permits, logs, between January 1, 2019 and the present.

**RESPONSE**:

App. 000016

**REQUEST FOR PRODUCTION NO. 22:**

Produce all Documents, including ledgers and proof of payment, that reference and/or demonstrate the amount of money You spent to repair any portion of the Subject Property You claim was damaged by the alleged September 24, 2024 weather event and/or to mitigate any loss or damage that forms the basis for the Claim.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 23:**

Produce all Documents used to answer any of AXIS's Interrogatories to Plaintiff or referenced in any of Your responses to AXIS's Interrogatories.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 24:**

Produce all Communications, including all attachments thereto, between Plaintiff and tenants of the Subject Property, relating to the Claim, the Policy and/or the condition of the Subject Property between January 1, 2019 and the present.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 25:**

Produce all Documents relating to the valuations performed in connection with loans, financing, loan applications, purchase, acquisitions, purchase due diligence, and/or potential sale or leasing of the Subject Property by Plaintiff.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 26:**

Produce all Communications, including all attachments thereto, between Plaintiff and their insurance agent(s) relating to the procurement of the Policy, prior commercial property policies insuring the Subject Property, the Subject Property, and/or the Claim and prior claims, from January 1, 2021 to the present.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 27:**

Produce Your accounting records for the four (4) years before the alleged September 24, 2024 storm loss event through the present, including, but not limited to:

12

a) all general ledgers;
b) monthly profit and loss statements;
c) balance sheets;
d) income statements;
e) rent rolls;
f) financial statements; and
g) records related to future capital maintenance and future capital improvements.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 28:**

Produce copies of the relevant portions of all tax returns and accounting reports that refer to, mention, or discuss the monies paid to repair, rebuild, replace, and/or maintain the Subject Property from January 1, 2020 to the present.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 29:**

Produce executed copies of all lease agreements that were in force at the time of the alleged September 24, 2024 weather event.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 30:**

Produce all Documents related to any emergency or temporary repairs performed, including payments for such repairs, as a result of the alleged September 24, 2024 weather event.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 31:**

Produce all Documents reflecting when the Subject Property's roofing system was installed, inspected, updated, repaired or replaced, the contractor, roofer, or other Person (or entity) who performed such work, and the amount paid for the work.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 32:**

Produce all Documents You claim support Your allegation that Defendant delayed or somehow mishandled the adjustment of the Claim.

**RESPONSE**:

13

**REQUEST FOR PRODUCTION NO. 33:**

Produce copies of all Documents, Communications, and Statements obtained by Plaintiff pursuant to any discovery request, Open Records Request, Subpoena Duces Tecum, or any other request for information or documentation relating to the Claim and/or this Lawsuit.

      **RESPONSE**:

**REQUEST FOR PRODUCTION NO. 34:**

Produce a privilege log identifying each document that You withheld from production under any claim of privilege or other immunity, and which states the nature of the privilege or immunity being asserted.

      **RESPONSE**:

14

**App. 000019**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUNSHINE EASTGATE PLAZA, LLC | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-cv-02986-O |
| | § | |
| LEXINGTON INSURANCE COMPANY, | § | |
| AXIS SURPLUS INSURANCE COMPANY, | § | |
| AND STARSTONE SPECIALTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| *Defendants.* | § | |

**DEFENDANT AXIS SURPLUS INSURANCE COMPANY'S FIRST
SET OF INTERROGATORIES TO PLAINTIFF**

Pursuant to the Federal Rules of Civil Procedure, Defendant AXIS Surplus Insurance

Company ("AXIS") serves the following Interrogatories on Plaintiff Sunshine Eastgate Plaza, LLC

("Plaintiff") to be answered under oath, in writing, and separately. The answers must be signed by

the person making them and shall be returned to the offices of Shackelford, McKinley & Norton,

LLP, 717 Texas St., 27th Floor, Houston, Texas, 77002 within thirty (30) days of the service

hereof.  Plaintiff is under a duty to reasonably supplement these answers in accordance with the

Federal Rules of Civil Procedure.

1

**App. 000020**

Respectfully submitted,


SHACKELFORD, MCKINLEY & NORTON, LLP

By: */s/ Gisela A. Aguilar*
    **Bruce R. Wilkin**
    Texas Bar No. 24053549
    bwilkin@shackelford.law
    **Gisela A. Aguilar**
    Texas Bar No. 24132153
    gaguilar@shackelford.law
    717 Texas Avenue, 27th Floor
    Houston, Texas 77002
    Phone: (832) 415-1801
    Fax: (832) 565-9030

    **Timothy E. Drake**
    State Bar No. 00789789
    tdrake@shackelford.law
    9201 N. Central Expressway, Fourth Floor
    Dallas, Texas 75231
    Phone: (214) 780-1383
    Fax: (214) 780-1401

    ATTORNEYS FOR DEFENDANTS AXIS SURPLUS
    INSURANCE COMPANY AND STARSTONE
    SPECIALTY INSURANCE COMPANY

**App. 000021**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that in compliance with the Federal Rules of Civil Procedure, a copy of the foregoing instrument was served on the following counsel on April 28, 2026:

Antony Pastor
National Insurance Advocates, LLP
6619 S. Dixie Hwy #363
Miami, FL 331413
Telephone: (833) 701-4110
anthony@nia.law
service@nia.law

K. Michael Sturgill
THEMIS LEGAL GROUP, PLLC
556 Silicon Dr, Suite 101,
Southlake, TX 76092
Telephone: (214) 494-8044
mike@themislegalgroup.com

      */s/ Gisela A. Aguilar*
      Gisela A. Aguilar

App. 000022

## I.   DEFINITIONS

For purposes of this discovery, the terms used shall have the following meanings, unless the context clearly indicates otherwise:

**"All"** shall mean **"any"** and vice versa.

**"And"** and **"or"** shall be construed conjunctively or disjunctively as necessary to make the request inclusive rather than exclusive. The use of the word "including" shall be construed to include "without limitation."

**"AXIS"** shall mean and refers to AXIS Surplus Insurance Company, its past, present, and future officers, directors, members, agents, insurers, servants, representatives, employees, independent contractors, claim adjusters, field adjusters, third-party administrators, parents, subsidiaries, affiliated companies, partners, predecessors, attorneys, successors-in-interest, and any other person or entity acting, or purporting to act, on its behalf or under its control.

**"Claim"** shall mean and refer to that insurance claim made by Plaintiff for damage or loss at the Subject Property (date of loss on or about September 24, 2024) under Lexington Insurance Policy No. 062502712, AXIS Surplus Insurance Company Policy No. EAF657478-23, and StarStone Specialty Insurance Company Policy No. U87778230CSP, to which AXIS assigned claim number ATL 213714 and StarStone assigned claim number 4245921.

**"Communication"** includes but is not limited to any telephone conversation, meeting, discussion, letter, facsimile, email, text message, or other writing or means in which information was received or transmitted to you.

**"Defendants"** shall mean and refer to AXIS Surplus Insurance Company, StarStone Specialty Insurance Company, and Lexington Insurance Company.

**"Document"** and **"Documents"** shall mean all written, reported, recorded, printed or typed or graphic matter, however produced or reproduced, now or at any time in Plaintiff's possession, custody or control. The terms shall include, but not be limited to, all letters, correspondence, telegrams, telexes, cables, telephone records, logs and notations, intra and interoffice communications, microfilm, diaries, calendar entries, summaries, messages, audio tapes, videotapes, digital recordings, computer discs or tapes, computer programs and software, photographs, film, invoices, files, ledgers, journals and other formal and informal books of record and account, minutes, bulletins, instructions, work assignments, reports, memoranda, notes, notebooks, speeches, drafts, data sheets, data compilations, press releases, public statements and/or announcements, public and governmental filings, opinions, worksheets, statistics, contracts, agreements, intra-corporate drafts of the foregoing items and copies or reproductions of the foregoing upon which notations in writing have been made which do not appear on the original.

**"Identify," "Identifies"** and **"Identification"** means:

a.   natural person, means to state his or her full name if known, his or her present or last known address and telephone numbers, and if known, his or her present or last known business address, position and business affiliation.

4

b. corporation or business entity, means to state the name of such business, the address of its principal place of business and its telephone number.

c. Document as defined above, means to state the identifying nomenclature and the type of document or documents, including, without limitation, its date, if any; the person or office who sent it; the persons or office to whom it was sent; its present location or custodian; the form of the document; and a description of its contents. If any such document was, but no longer is, in your possession, please state what disposition was made of it. In lieu of identifying a document responsive to a interrogatory, you may attach a legible copy of the document to the answer, and to make reference to the specific document so attached in the appropriate answer.

d. contract right or obligation mean to quote the applicable contract language, state the source of the language, whether from the contract or other agreement, and the provision number in the contract.

**"Knowledge"** includes both firsthand and secondary knowledge.

**"Lawsuit"** shall mean and refers to the action styled *Sunshine Eastgate Plaza, LLC v. Lexington Insurance Company, AXIS Surplus Insurance Company, and Starstone Specialty Insurance Company*, Civil Action No. 3:25-cv-02986-O in the United States District Court for the Northern District of Texas, Dallas Division.

**"Lexington"** shall mean and refers to Lexington Insurance Company, its past, present, and future officers, directors, members, agents, insurers, servants, representatives, employees, independent contractors, claim adjusters, field adjusters, third-party administrators, parents, subsidiaries, affiliated companies, partners, predecessors, attorneys, successors-in-interest, and any other person or entity acting, or purporting to act, on its behalf or under its control.

**"Person"** shall mean the plural as well as the singular and includes any natural person, firm, corporation, association, partnership, trust, joint venture, or other legal entity, whether public or private.

**"Plaintiff," "You,"** or **"Yours"** shall mean and refers to Plaintiff Sunshine Eastgate Plaza, LLC and its agents, owners, shareholders, members, employees, subordinates, representatives, consultants, public adjusters, contractors, officers, directors, partners, attorneys, predecessors, successors, affiliates, assigns, and all other natural persons or businesses or legal entities acting or purporting to act on behalf of or under the direction or control of them, unless otherwise indicated.

**"Policy"** shall mean and refers to the insurance policy bearing Policy No. 062502712 issued by Lexington Insurance Company Policy, insurance policy bearing Policy No. EAF657478-23 issued by AXIS Surplus Insurance Company, and the insurance policy bearing Policy No. U87778230CSP issued by StarStone Specialty Insurance Company, all with effective dates of November 1, 2023 through November 1, 2024.

**"Property Management Company"** means any individual, or entity, retained by Plaintiff to act as property manager of the Subject Properties and/or maintain, manage, inspect or supervise the Subject Properties and any such individual and/or entity's past, present, and future agents, owners, principals, shareholders, members, employees, subordinates, representatives, consultants, contractors, officers, directors, partners, attorneys, predecessors, successors, affiliates, assigns, and all other natural persons or businesses or legal entities acting or purporting to act on behalf of or under the direction or control of them, unless otherwise indicated.

**"Relating to," "referring to," "reflecting," "regarding"** or **"evidencing"** shall mean and shall include stating, describing, recording, noting, mentioning, concerning, reflecting, referring to, relating to, relevant to, alluding to, responding to, connected with, commenting on, in respect of, about, regarding, showing, tending to show, discussing, evaluating, studying, analyzing, constituting, comprising, embodying, containing, evidencing, pertaining to, respecting, supporting, tending to support, under-cutting, tending to undercut, contradicting, or tending to contradict.

**"StarStone"** shall mean and refers to StarStone Specialty Insurance Company, its past, present, and future officers, directors, members, agents, insurers, servants, representatives, employees, independent contractors, claim adjusters, field adjusters, third-party administrators, parents, subsidiaries, affiliated companies, partners, predecessors, attorneys, successors-in-interest, and any other person or entity acting, or purporting to act, on its behalf or under its control.

**"Statement"** means (a) a written statement signed or otherwise adopted or approved by the person making it, or (b) a stenographic, mechanical, electrical or other type of recording, or any transcription thereof which is a substantially verbatim recital of a statement made by the person and contemporaneously recorded.

**"Subject Property"** shall mean and refer to the property owned by Plaintiff and generally located at 1430 - 1454 Northwest Highway, Garland, Texas 75041.

**"Supplied"** includes sold by, purchased from, or otherwise furnished by the party to which the interrogatory refers.

**"Things"** shall mean and refer to any tangible items not otherwise included in the definition of document above.

6

App. 000025

## II.    INSTRUCTIONS

All responsive information and documents are to be divulged which are not privileged and are in the possession, custody or control of Plaintiff, its attorneys, investigators, agents, employees, officers, directors, representatives, or anyone acting on Plaintiff's behalf.

Where an individual interrogatory calls for an answer which involves more than one part, each part of the answer shall be clearly set out so that it is understandable.

These interrogatories are continuing in nature and require supplemental answers in the event you or your attorney(s) discover additional responsive information.

Where knowledge or information in your possession, custody or control is requested, such request includes knowledge or information possessed by your present or former (at the time they were acting on your behalf) attorneys, agents, subordinates, employees, directors, officers, representatives and consultants, and anyone else from whom Plaintiff have a superior right to compel the information.

The singular form of a word shall be interpreted as a plural and the plural form of a word shall be interpreted as a singular whenever appropriate in order to bring within the scope of these interrogatories any information that might otherwise be considered beyond their scope.

In the event that any document requested has been lost or destroyed, please identify that document by author(s), addressee(s), date, subject matter, number of pages, attachments or appendices, all persons to whom distributed, shown or explained, all persons who had custody of each document, date of loss or destruction, and the name and title of the person responsible for the loss or destruction.

If you object or refuse to answer in whole or in part any interrogatory propounded below, or if you object or refuse to identify or provide any document requested below on the grounds that it requests information that falls within the scope of any discovery privilege or exemption, please provide the following information as to each such objection:

> i. The place, date (or approximate date), and manner of recording or otherwise preparing the document or thing;
>
> ii. The name and title of sender, and the name and title of each recipient of the document or thing;
>
> iii. The summary of the contents of the document or thing;
>
> iv. The identity of each person or persons (other than those providing stenographic or clerical assistance) participating in the preparation of the document or thing;
>
> v. The identity of each person to whom the contents of the document or thing have been communicated by copy, exhibition, reading, or substantial summarization, the

7

App. 000026

date(s) of said communication, and the employer and title of each person identified at the time of said communication; and

vi. A statement of the basis on which a privilege or exemption is claimed.

If you believe an interrogatory may request production of some information which is protected by applicable privilege or exemption, you are requested to answer with any responsive information that is not subject to a claim of privilege or other reason for non-production.

When asked "what facts support your contention" or to describe the "factual basis" or "factual detail" in an interrogatory, the request seeks evidentiary facts and not ultimate facts.

**App. 000027**

### III.    INTERROGATORIES TO PLAINTIFF

**<u>INTERROGATORY NO. 1:</u>**

Identify all persons, excluding your counsel, who provided substantive information in response to these interrogatories.

**ANSWER:**

**<u>INTERROGATORY NO. 2:</u>**

Identify the dollar amount of Your claim for damages, including the amount for each of the following, where applicable: any compensatory damages, consequential damages, statutory damages, penalties, interest, attorney's fees, or costs, the basis for said damages, and the differentiation between damage to the buildings/structures and each suite number or address, and any other alleged damages or losses claimed.

**ANSWER:**

**<u>INTERROGATORY NO. 3:</u>**

Identify all Property Management Companies who were retained by You to act as property manager of the Subject Property and/or maintain, manage, inspect, supervise, or maintenance of, the Subject Property from January 1, 2019 to present, including but not limited to, when the property management company was hired, where its principal place of business is located, and who at the property management company would have the most information about the condition of the Subject Property. Please include in your response the person's name, current address, phone number and years serving as part of the property management team.

**ANSWER:**

**<u>INTERROGATORY NO. 4:</u>**

Have You made any repairs for damage that You claim was caused by the September 24, 2024 weather event?

**ANSWER:**

**<u>INTERROGATORY NO. 5:</u>**

Identify all repairs completed for the damage You claim was caused by the alleged September 24, 2024 weather event, including identifying the specific repairs and all invoices and proof of

payment reflecting amounts paid for any completed repairs. "Completed repairs" refers to repairs You contend were required or needed to remedy damage to the Subject Property occurring on or about September 24, 2024 and have been completed. Please include in your response the month, day, and year any repairs began and were completed, the amount paid for the repairs and a description of any completed repairs.

**ANSWER:**

**INTERROGATORY NO. 6:**

Identify all outstanding repairs for the damage You claim was caused by the alleged September 24, 2024 weather event, and any contracts, proposals, bids, quotes, or estimates reflecting amounts for the outstanding repairs. "Outstanding repairs" refers to repairs You contend are required or needed to remedy damage to the Subject Property You contend occurred on or about September 24, 2024 but have yet to be performed. Please include in your response a description of the outstanding repairs.

**ANSWER:**

**INTERROGATORY NO. 7:**

Identify all persons who inspected or evaluated the roofs, exterior and/or interior of the Subject Property in connection with the Claim, including, but not limited to when the inspection occurred, who conducted the inspection, what was the scope of the inspection (i.e., photography, videos, testing, sampling etc.), and each device that was used to inspect and evaluate.

**ANSWER:**

**INTERROGATORY NO. 8:**

Describe all efforts made to mitigate the loss or damage at the Subject Property related to the Claim and identify the date(s) on which such efforts were made, who performed the work and the amount Plaintiff paid for such work.

**ANSWER:**

**INTERROGATORY NO. 9:**

Identify all Person(s) hired or retained by or on behalf of Plaintiff and/or any Property Management Company to repair, rebuild, replace, maintain, evaluate, or inspect the condition of the Subject Property's roofing system, exterior, and interiors, in any capacity from January 1, 2019 to the present.

10

App. 000029

**ANSWER:**

**INTERROGATORY NO. 10:**

Identify the Person(s) with the most knowledge about the condition, maintenance, and repairs of the Subject Property from January 1, 2019 to the present.

**ANSWER:**

**INTERROGATORY NO. 11:**

Please explain the installation, maintenance, and repair history of the Subject Property's roofing system, including, but not limited to, when the roofing components were installed, when any repair work was done, what contractor(s) performed the work, and the amount paid to each contractor for such work.

**ANSWER:**

**INTERROGATORY NO. 12:**

Identify all other claims made by Plaintiff to any property insurer for property damage, including, but not limited to, damage to the roof, exterior, and interiors, at the Subject Property, from January 1, 2019 to the present.

Please include in your response the claim number, insurer, policy number, policy period, date of loss, amount you claimed, amount paid to you, and contact information for any insurance company, adjuster, or public adjuster who handled such claim.

**ANSWER:**

**INTERROGATORY NO. 13:**

Identify each and every tenant or occupant who has submitted a complaint regarding the condition of the Subject Property since or following the alleged September 24, 2024 weather event. Please include in your response the individual's name, address, suite number, and phone number.

**ANSWER:**

11

App. 000030

**INTERROGATORY NO. 14:**

Identify all members of Sunshine Eastgate Plaza, LLC. For any member that is a natural person, identify his/her name, address, citizenship, and state in which he/she is domiciled. For any member that is a partnership or limited liability company, identify each partner's or member's name, address, and citizenship. For any corporate member, identify the corporation's name, principal place of business, and state of incorporation.

**ANSWER:**

App. 000031

# EXHIBIT C

| From: | Will Eggleston |
|---|---|
| To: | Gisela Aguilar; Erik Barnard; Bruce Wilkin; Tim Drake |
| Cc: | litigation@nia.law; Anthony Pastor; Tesa Smulcer; Service Email; Kimberly Aaron |
| Subject: | RE: Sunshine Eastgate Plaza v. Lexington et al (3:25-cv-02990 & 3:25-cv-02986) |
| Date: | Monday, June 22, 2026 4:25:38 PM |

**CAUTION:** This email is from an external source. Please verify the source of the link(s) and/or attachment(s) before accessing.

Erik –

Lexington is in agreement with the same condition as well. Please double check the email address for me on future emails as I was not included on the last correspondence. My correct email address is will@egglestonbriscoe.com. Thank you.

Will

William J. Eggleston IV
Eggleston & Briscoe
2190 North Loop West, Suite 200
Houston, TX 77018
(713)659-5100
(713)951-9920(fax)
will@egglestonbriscoe.com
https://link.edgepilot.com/x/TEM9jaAcIu_zouKrVa-GCgg?
u=http://www.egglestonbriscoe.com/

---

**From:** Gisela Aguilar <gaguilar@shackelford.law>
**Sent:** Monday, June 22, 2026 4:02 PM
**To:** Erik Barnard <erik@nia.law>; Bruce Wilkin <bwilkin@shackelford.law>; Tim Drake <tdrake@shackelford.law>; Will Eggleston <will@egglestonbriscoe.com>
**Cc:** litigation@nia.law; Anthony Pastor <anthony@nia.law>; Service Email <Service@nia.law>; Kimberly Aaron <kaaron@shackelford.law>
**Subject:** RE: Sunshine Eastgate Plaza v. Lexington et al (3:25-cv-02990 & 3:25-cv-02986)

***This message originated outside of Eggleston & Briscoe***

Erik,

We agree to your requested 30-day extension to July 22, 2026, on the condition that Defendants' deadline to designate experts is extended 45 days from Plaintiff's expert designation deadline to September 4, 2026.

Please let us know if you will be preparing a motion to extend the expert designation deadline for the Court to consider and rule on.

Thanks,

**Gisela Aguilar**

App. 000033

**Shackelford, McKinley & Norton, LLP**

717 Texas Ave. | 27th Floor | Houston, Texas 77002
832.669.6091 *direct* | gaguilar@shackelford.law

---

**From:** Erik Barnard <erik@nia.law>
**Sent:** Wednesday, June 17, 2026 10:16 AM
**To:** Bruce Wilkin <bwilkin@shackelford.law>; Gisela Aguilar <gaguilar@shackelford.law>; Tim Drake <tdrake@shackelford.law>; weggleston@egglestonbriscoe.com
**Cc:** litigation@nia.law; Anthony Pastor <anthony@nia.law>; Service Email <Service@nia.law>
**Subject:** Sunshine Eastgate Plaza v. Lexington et al (3:25-cv-02990 & 3:25-cv-02986)

> **CAUTION:** This email is from an external source. Please verify the source of the link(s) and/or attachment(s) before accessing.

Good afternoon,

We are requesting a 30-day extension to provide our expert disclosures on both matters regarding Sunshine Eastgate Plaza. Please let me know if you agree to this brief extension.

Sunshine Eastgate Plaza v. Lexington et al (3:25-cv-02990 & 3:25-cv-02986)

Thanks,

--
## Erik T. Barnard, Esq.
**Attorney**
5900 Balcones Drive, STE 100
Austin, TX 78731
Tel. +1 (833) 701-4110



**Bar Admissions:**

**Florida #110327**

<u>**NOTICE**</u>: This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately.

# EXHIBIT D

App. 000035

**Gisela Aguilar**

| | |
|---|---|
| **From:** | Kimberly Marino |
| **Sent:** | Monday, June 22, 2026 5:59 PM |
| **To:** | anthony@nia.law; service@nia.law; mike@themislegalgroup.com |
| **Cc:** | wje@egglestonbriscoe.com; will@egglestonbriscoe.com; Bruce Wilkin; Gisela Aguilar; Kimberly Aaron |
| **Subject:** | Cause No.: 3:25-cv-02986-O \| USDC/NDTX \| Sunshine Eastgate Plaza, LLC v. Lexington Insurance Company, et al. |
| **Attachments:** | JS HELD 0001 - 0077-.pdf |

Please see the attached.

Regards,

*Kimberly*

**Kimberly Marino**
**Paralegal/Assistant to Brannon C. Dillard | Joseph F. Colvin, Jr. | Marjorie C. Nicol**
**Matthew L. Simmons | Gisela A. Aguilar | Stephen E. Holombek | Justice D. Robinson**
**SHACKELFORD, MCKINLEY & NORTON, LLP**
717 Texas Ave. | 27th Floor | Houston, Texas 77002
832.415.1801 *main* | 832.669.6069 *direct* | 832.565.9030 *fax*
kmarino@shackelford.law | www.shackelford.law



1



January 24, 2025

Ryan Vesta
National General Adjuster
Crawford Global Technical Services
Sent via email to: Ryan_Vesta@us.crawco.com

Re:      **Engineering Evaluation Report**

| | |
|---|---|
| File Name: | Cumberland Property Management - Sunshine Estate Plaza, LLC |
| Address: | 1430 Northwest Highway, Garland, Texas 75041 |
| | 4445 Saturn Road Garland, Garland, Texas 75041 |
| Claim No. | 2350728910US (AIG/Lexington) |
| | ATL 213714 (AXIS) |
| | 4245921 (Sedgwick) |
| Crawford File No.: | 4448960 |
| Cause of Damage: | Reported as Hail and Wind |
| Date of Damage: | Reported as September 24, 2024 |
| J.S. Held No.: | 250100173 |

Dear Mr. Vesta,

At your request, J.S. Held LLC (J.S. Held) has conducted an *Engineering Evaluation* concerning the above-referenced address(es). It was our understanding that a storm event reportedly occurred at the subject property on or around September 24, 2024. This evaluation was performed to determine whether the reported storm had caused wind and/or hail damage to the exteriors and roof coverings of the subject buildings, as well as to identify the cause of the reported water intrusion.

As part of the evaluation, J.S. Held inspected accessible interior areas, exteriors, and roof coverings of the subject property. We documented and photographed representative conditions. Refer to **Appendix A – Captioned Photographs**. These photographs may have been cropped or otherwise enhanced to emphasize certain conditions of interest. All photographs have been retained in their original formats in our file and can be provided upon request.

**CONCLUSIONS**

Based on the inspection performed by J.S. Held at the subject property, the evaluation of the information discussed, and the information presented in the appendices, it was our professional engineering opinion that:

1. The modified bitumen (mod-bit) roof membranes on Buildings 1 and 2 were not damaged by hailstone impacts or the effects of wind during September 24, 2024 or any other date.

2. The south facet of the steep-slope metal roofing panels at the front elevation of Building 1 exhibited circular indentations consistent with the effects of hailstone impacts that occurred prior to the last 1-2 years prior to J.S. Held's site inspection.

    a. These indentations did not diminish the water shedding ability or reduce the expected service life of the materials.

3. The exteriors of Buildings 1 and 2 did not exhibit hail and/or wind damage.

480 Wrangler Drive Suite 300 **|** Coppell TX 75019 **|** 469-993-1261 **|** Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 006 JS HELD 0001

4. The reported water intrusion in Jumping World and the Laundromat was the result of failed and insufficient weather barrier and flashing at roof appurtenances and parapet walls, not created or exacerbated by storm action.

5. The reported water intrusion in Ernesto's Mexican Restaurant and in Cruz Insurance Group were likely the result of either marginal roof leaks or leakage from piping system running in the interstitial ceiling space, not created or exacerbated by storm action.

**PROPERTY DESCRIPTION**

The subject property was a commercial shopping mall facility. Refer to **Figure 1** for the location and building labels used in this report. Based on the Dallas [Central] County Appraisal District, the buildings or additions on the subject property were built in 1973, 1986, and 1998.

Building 1 (address: 4445 Saturn Road Garland, Garland, Texas 75041) was an east facing, one-story building with multiple commercial spaces. The building featured three low-sloped roofs at different elevations (sections 1A, 1B, and 1C), all covered with mod-bit membrane surfaced with a granular cap sheet. Rooftop appurtenances featured metal parapet wall coping, heat, ventilation and air conditioning (HVAC) rooftop units (RTUs), roof vents, among others. The exterior of the building was primarily clad with cementitious textured finish, painted concrete masonry units (CMU), and pebbledash finish. **(Photos 1 through 5).**

Building 2 (address: 1430 Northwest Highway, Garland, Texas 75041) was a north facing, one-story building with multiple commercial spaces. The roof was a low-sloped structure covered with mod-bit surfaced with a granular cap sheet. Rooftop appurtenances featured metal parapet wall coping, HVAC RTU, roof pipes and vents. The exterior of the building was primarily clad with cementitious finish, painted CMU and pebbledash finish. **(Photos 6 through 10).**

**[Space intentionally left in blank.**

**Report continues on next page]**

App. 0002    JS HELD 0002

**JS|HELD**

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
January 24, 2025
Page 3 of 12



**Figure 1.** Aerial view of property. Source: Nearmap, dated October 1, 2024. Buildings and sections labels indicated.

**SITE INSPECTION**

J.S. Held conducted a site inspection on January 8, 2025. The site inspection was attended by:

- Jimmy (unknown last name, roofing contractor, Restoremasters Commercial)
- Ty (unknown last name, roofing contractor, Restoremasters Commercial)
- Tenants/business employees from several commercial spaces present during interior inspections.
- David Jimenez, P.E. (Senior Engineer, J.S. Held)

The following information was provided during the site inspection (paraphrased by J.S. Held):

- Ernesto's Mexican Restaurant located in Building 1, south end of section 1C; had minimal areas of roof leaks.
- The Laundromat, located in Building 1, northeast end of section 1C, has two roof leaks coming from roof penetrations.
- Jumping World, located in Building 1, north end of section 1A, has multiple roof leaks primarily along the north and west exterior walls. The leaks have been occurring for several years, and roof repairs solved the leaks for a period of time, but they then reappeared.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 0002    JS HELD 0003

- Cruz Insurance Group, located in Building 2, east end, had a small leak in the back (south) side of the building.

- The roofing contactors indicated that the restaurants on the middle and west side of Building 2 also had roof leaks. Some of them were already repaired. The restaurants were closed and inaccessible for J.S. Held's inspection.

**DOCUMENT REVIEW**

J.S. Held reviewed the following information in conjunction as part of our evaluation:

- Google Street View Imagery.

- Google Earth.

- Nearmap Aerial Imagery.

- CONNECT Explorer™ Aerial Imagery.

- Dallas [Central] County Appraisal District Records. URL: https://www.dallascad.org/

- National Oceanic Atmospheric Administration (NOAA), Nations Centers for Environmental Information (NCEI), Storm Events Database, Dallas County, January 1, 2019 through September 30, 2024.

- National Weather Service (NWS) *Local Storm Reports*[1], Dallas-Fort Worth National Weather Station, Dallas County, October 1, 2024 through January 8, 2025.

**OBSERVATIONS**

The following pertinent observations were made:

BUILDING 1

*Exterior*

- Hail spatter marks were identified on peripheral exterior components on the building such as HVAC cabinets with west and south exposures. These spatter marks measured up to 1/2-inch across their base. Some spatter marks were partially faded and covered with built-up grime within. **(Photos 11 and 12).**

- Circular indentations without coincident spatter marks were identified in limited soft metal components such as in some light-gauge roof vent. The indentations measured up to 1-1/4 inches in outer diameter in roof vents and were located on the southwest elevation. Several metal components such as steel and aluminum downspouts, parapet wall coping and HVAC cabinets were absent circular indentations. **(Photos 13 through 18).**

- Circular indentations were observed in the steep-slope standing metal seam panels on the east side of the building. These indentations measured up to 1-1/4-inch in outer diameter on the south slope without coincident spatter marks whereas no indentations were observed in the north

[1] Accessed via Iowa State University, URL: https://mesonet.agron.iastate.edu/lsr/

**JS|HELD**

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
January 24, 2025
Page 5 of 12

slope. No fractures or ruptures of the material were observed nor disengaged seam laps. **(Photo 19 through 22).**

- Flattened exposed fin coils of roughly circular shape with comparable frequency and distribution were observed on representative HVAC RTUs (installation dates including before 2014, 2017 and 2021, see **AERIAL IMAGERY REVIEW** section) facing all cardinal directions. These indentations measured up to 5/8-inch across their width and were oxidized. **(Photos 23 through 32).**

- The roofing membranes exhibited general granular shedding, some linear and irregular blemishes, especially section 1A around roof appurtenances. In some cases the blemishes exhibited a ridge of granules pushed to the side. **(Photos 33 through 38).**

- The mod-bit was closely examined in two 100-square-feet test areas (TA) for circular or semi-circular blemishes, concavity, tactile softness or spots with localized granule shedding with well-defined granule size pits with dark coloration that exhibited random and frequent distribution. TA-1A and TA-1C were located in sections 1A and 1C, respectively. **(Photos 39 through 46).**
    - o TA-1A exhibited one roughly circular blemish of absent granules without concavity, pushed granules or tactile softness. Several other irregular blemishes with oxidized and planar asphalt binder were observed.
    - o TA-1C exhibited one roughly circular isolated blemish of absent granules without concavity, pushed granules or tactile softness that measured approximately 1-inch across. No other blemishes were observed.

- The base of the parapet walls did not exhibit circular blemishes of absent granules with a frequent distribution. **(Photo 47).**

- The base of the parapet walls on section 1A, particularly along the north and west sides, exhibited extensive granular shedding, craze cracks and failed and degraded seam patches. Some previous repair attempts were observed in the form of sealant applications. Along the west parapet wall, no water diversion mechanism was observed in between the drainage scuppers and mod-bit surfacing granules had accumulated in between the scuppers. The metal counter flashing was absent displacement, distortion or circular indentations. **(Photos 48 through 56).**

- The mod-bit was absent displaced or folded-back sections. Rooftop appurtenances did not exhibited displacement, including roof vents and parapet wall coping.

- The exterior elevations clad with cementitious finish were absent circular punctures or fractures.

*Interior*

- Ernesto's Mexican Restaurant: Isolated and localized small water stains on the ceiling tiles were observed around a sprinkler head. No other areas of water leaks were observed or reported by the restaurant's employees. **(Photo 57).**

- Laundromat: The roof framing was exposed due to the unfinished ceiling. The laundromat's employees reported two locations of water intrusion during precipitation events. Both locations were around pipe penetrations. On one instance a small water stain on the painted metal deck was observed. **(Photos 58 and 59).**

- Jumping World: Several instances of water intrusion were reported by the manager, primarily along the north and west walls and a few isolated instances on the interior. **(Photos 60 through 69).**
    - o Streak marks were observed on a wall. The origin appears to be a HVAC ductwork immediately above.

**480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at** jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

**JS|HELD**

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
January 24, 2025
Page 6 of 12

- o Along the west exterior wall, the paint had bubbled and delaminated, primarily below the roofing deck. Streak marks were identified on the wall surface as well as apparent efflorescence on the CMU.
- o Along the north wall (adjoining with section 1B), the paint had bubbled and delaminated, primarily below the roofing deck. Streak marks were identified on the wall surface as well as apparent efflorescence on the CMU.
- o The isolated instances were within 20 feet from the north wall. In these locations, no openings or gaps were observed on the metal roofing deck.

BUILDING 2

*Exterior*

- Hail spatter marks were identified on peripheral exterior components on the building such as HVAC cabinets with west and south exposures. These spatter marks measured up to 1/2-inch across their base. Some spatter marks were partially faded and covered with built-up grime within. **(Photos 70 through 74).**
- No circular indentations were observed on soft metal components such as aluminum downspouts, parapet wall coping, HVAC cabinets and roof vents. **(Photos 75 through 82).**
- Flattened exposed fin coils of roughly circular shape with comparable frequency and distribution were observed on representative HVAC RTUs (installation dates including before 2014, 2016, 2017 and 2020, see **AERIAL IMAGERY REVIEW** section) facing all cardinal directions. These indentations measured up to 1/2-inch across their width and were oxidized. **(Photos 83 through 88).**
- Peripheral building elements such as downspouts, gutters, wall-mounted cameras and lights were absent displacement. **(Photos 89 and 90).**
- The mod-bit was closely examined in one 100-square-feet test area (TA-2) for circular or semi-circular blemishes, concavity, tactile softness or spots with localized granule shedding with well-defined granule size pits with dark coloration that exhibited random and frequent distribution. TA-2 exhibited four roughly circular blemishes of absent granules without concavity or tactile softness. Several other linear and elongated blemishes with oxidized and planar asphalt binder were observed. **(Photos 89 through 95).**
- The base of the parapet walls did not exhibit circular blemishes of absent granules with frequent distribution. **(Photos 96 and 97).**
- Outside the test area, isolated and infrequent blemishes were observed some elongated, linear or roughly circular. The roughly circular were absent concavity and tactile softness. **(Photos 98 and 99).**
- The mod-bit was absent displaced or folded-back section. Rooftop appurtenances did not exhibited displacement, including roof vents and parapet wall coping. Dirt accumulation was observed along the south roof edge of the building. **(Photos 100 through 102).**
- The exterior elevations clad with cementitious finish were absent circular punctures or fractures.

*Interior*

- Cruz Insurance Group: Isolated and localized small water stain on the ceiling tiles was observed at the southern end of the building. No other areas of water leaks were observed or reported by the employees. **(Photo 103).**

480 Wrangler Drive Suite 300 **|** Coppell TX 75019 **|** 469-993-1261 **|** Find your expert at jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 0006    JS HELD 0006

**JS|HELD**

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
January 24, 2025
Page 7 of 12

**WEATHER DATA**

As part of our evaluation, we obtained weather data from the National Centers for Environmental Information (NCEI). The referenced weather data was included in **Appendix B – Weather Data**. Refer to the information in **Appendix C – Weather Research and Hail** for further explanation of these weather data sources. The following is a summary of that data.

HAIL

J.S. Held searched the NCEI *Storm Events Database* (SED) for hail reports in Dallas County between January 1, 2019, and September 30, 2024, the last available date. These data included 150 reports of hailfall events during the search period. Based on the geographical coordinates included in the database, the closest reports was for 0.88-inch hailstones on March 22, 2021 at a location approximately 2.1 miles from the subject property. The data also included a report for 1.50-inch hailstones on May 28, 2024 at a location approximately 3 miles from the subject property. A report for 1.25-inch hailstones on March 16, 2023 at a location approximately 3.3 miles from the subject property was included in the database. No reports for September 24, 2024, were included in the database.

J.S. Held also consulted the Local Storm Reports (LSR) database for reports of hail from the Dallas-Fort Worth National Weather Station and Dallas County between October 1, 2024, and the date before our inspection. The database contained no reports of hail within this date range in this County.

WIND

J.S. Held searched the NCEI SED for reports of thunderstorm high winds, strong winds, tornados, or funnel clouds (i.e., wind events) in Dallas County between January 1, 2019, and September 30, 2024, the latest final data available. These data included 96 reports of wind events during the search period. Based on the geographical coordinates included in the database, the closest report was for a 58 miles per hour (mph) wind gust at approximately 1.2 miles from the subject property on November 10, 2021. On March 16, 2023, one report of 46 mph was reported at an approximate distance of 1.9 miles from the subject property. No reports for September 24, 2024, were included in the database.

J.S. Held also consulted the Local Storm Reports (LSR) database for reports of wind from the Dallas-Fort Worth National Weather Station and Dallas County between October 1, 2024, and the date before our inspection. The database contained no reports of winds within this date range in this County.

The weather information is provided for reference only and may or may not represent the actual weather conditions experienced at the property on or around the reported date of loss. Our analysis and conclusions in this report are based on all the information gathered and supported by the physical evidence available at the time of our inspection.

**AERIAL IMAGERY REVIEW**

Review of aerial imagery from Nearmap showed that the roof coverings on Building 1, section 1A was apparently installed prior 2014 whereas for sections 1B and 1C circa 2016 (refer to **Figure 2**). Moreover, several HVAC units had been installed from 2014 through 2022 with some units without apparent modifications since 2014.

480 Wrangler Drive Suite 300 **|** Coppell TX 75019 **|** 469-993-1261 **|** Find your expert at jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

## JS|HELD

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
January 24, 2025
Page 8 of 12



**Figure 2.** Aerial views of Building 2. Source: Nearmap, dated as indicated.

Similarly, the roof coverings on Building 2 were installed circa 2016 (refer to **Figure 3**). Moreover, several HVAC units had been installed from 2016 through 2020 with some units without apparent modifications since 2014.

App. 0041    JS HELD 0008

**JS|HELD**

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
January 24, 2025
Page 9 of 12






**Figure 3.** Aerial views of Building 2. Source: Nearmap, dated as indicated.

## DISCUSSION

The characteristics of hail damage are discussed in detail within **Appendix C – Weather Research and Hail.**

Hail falls randomly, and resultant damage, if any, will necessarily have a generally consistent frequency throughout the entirety of any given roof field direction with equivalent roofing materials and exposure to the hailfall. Hail damage to roof coverings occurs when hailstone impacts diminish the weather-resisting function and/or service life of the roof covering. Hailstone impacts that do not result in one or both circumstances are considered to have been resisted by the roofing materials. As such, not all hail causes damage to roofing.

Hail impact damage to modified bitumen roofs generally consists of a random distribution of generally circular blemishes, which are characterized by concentric circular rings of fractures surrounding the point of impact, and where the impact site shows evidence of rupture of the reinforced membrane (generally identifiable by an inherent tactile softness with respect to the surrounding membrane area). Through laboratory testing and field observations, it has been generally established that the minimum hailstone size capable of damaging modified bitumen membranes is approximately 1-1/2 inches in diameter[2]. However, this size is considered conservative for the identification of damage-causing natural hailstones as the ice in naturally forming hailstones is less dense than freezer-made ice used in laboratory testing,

---

[2] *Hailstorm Investigation* – RICOWI, Inc & RICOWI 2016 Hail investigation Program – Herzog and Kouba.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
January 24, 2025
Page 10 of 12

and because naturally occurring hail does not necessarily strike roofing surfaces from a perpendicular direction to impart maximum force.

The test areas performed on the roof surfaces in Buildings 1 and 2, exhibited some blemishes, some linear, elongated or roughly circular. The latter were absent inherent tactile softness, concentric cracks, concavity, or a consistent random frequency, which indicated that the mod-bit membranes of Buildings 1 and 2 had not sustained hail damage. The base of the parapet walls which are more vulnerable to hail damage due to their supporting condition were absent punctures, tears, or bruises, corroborating that no hail damage had occurred on the subject roof coverings.

Collectively, the physical evidence (spatter/scuff marks and dents in soft metals) indicated that recent hailfall (within the last 1- 2 years) consisted of some maximum-sized hailstones between 1/2 of an inch to 5/8 of an inch in diameter that fell primarily from the west and south and did not possess the necessary impacting energy to damage the mod-bit membranes. The limited indentations on light gauge/soft metal components (namely the aluminum roof vent) did not exhibit corresponding spatter marks indicated that were caused by historical hailfall (prior to the last 1-2 years). Other metal components that are typically heavier gauge than roof vents were absent indentations.

In addition, the size of the observed indentations in HVAC fin coils were conducive to estimating historical hailstone sizes between 1/2 of an inch to 5/8 of an inch[3]. The flattened fin coils were oxidized on all the elevations and exhibited similar frequency among different HVAC units installed before 2014 through 2022. Therefore, it is J.S. Held's opinion that the maximum hailstones that have fallen at the site were between 1/2 of an inch to 5/8 of an inch.

The steep-slope standing metal seam panels on the east side of the Building 1 exhibited circular indentations consistent with the effects of hailstone impacts. These indentations occurred prior to the last 1-2 years prior to J.S. Held's site inspection due to the lack of coincident spatter marks. The indentations did not exhibit fractures or ruptures of the material nor distorted seam laps. The indentations did not diminish the water shedding ability or reduce the expected service life of the panels.

The exterior elevations of the buildings clad with cementitious finish were absent of circular punctures or fractures, unlike hail damage, including the south and west elevations where recent hail impacted the site.

WIND

Wind pressure increases as the height of the structure increases. Further, as wind pressures increase, components and cladding elements on the exterior of a building and other lightly-framed elements (such as roof appurtenances, gutters, downspouts, parapet coping) would be the first expected elements of a building to be more notably damaged or detached entirely from the building due to their relatively light weight and exposure. Damage to and removal of susceptible components and cladding elements would be expected to occur prior to a roof system incurring structural wind damage.

Wind can cause damage to low-sloped membrane roof systems primarily through two forces: uplift and pressurization. Uplift forces are generated as the wind accelerates when it passes over the roof edge. This acceleration creates a pressure differential and a lifting force, uplift, which is exerted upon the roof

---

[3] *Dents in Metal Roof Appurtenances Caused by Ice Ball Impacts* – Morrison, Scott, Haag Engineering.

App. 0046    JS HELD 0010

JS|HELD

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
January 24, 2025
Page 11 of 12

surface. The uplift forces, and the damage they cause, are typically greatest near the corners and edges of the roof, and to a lesser degree in the "field" or central areas of the roof. Uplift forces vary with the shape and height of the building, overall wind exposure, size of roof openings, etc. Pressurization of the roof is created by wind forces that occur when the wind is allowed to enter the space beneath the roofing surface and exert a positive upward pressure on the roofing system that might cause fractures in the areas where the largest tensile stresses are expected or by pulling the membrane out from the fasteners along the seams. Also, damage can be seen as folded-back or displaced sections once the membrane had settled or as wind-borne debris impact which causes a localized disturbance of the membrane, removing surface granules and asphalt and in some cases potentially causing a rupture of the reinforcing mat.

Building codes and design standards recognize that the highest wind pressures on low-sloped roofs occur along the roof edges and corners where the pressures are greater than within the interior fields of the roof. Therefore, wind damage to the roof covering is expected to occur in concentrated areas within the higher wind zones of the roof, which has been substantiated by studies of storm damage. Additionally, wind forces associated with a storm are primarily directional in nature and would not be expected to produce a similar magnitude of wind exposure, or resultant damage, in all directions of a building.

The low-sloped roof coverings on Buildings 1 and 2 did not exhibit folded-back, displaced or missing roofing sections. No abrasion marks with dark colored asphalt binder were observed. These conditions rendered that the modified bitumen roof membranes did not sustain wind damage. In addition, ancillary light-framed elements such as gutters, downspouts and roof appurtenances were absent of displacement or distortion caused by wind effects.

WATER INTRUSION

No storm created openings were observed on the roof surfaces of Buildings 1 and 2. The observed areas of water intrusion in Jumping World were consistent with insufficient and failed flashing, particularly at the interface between the roof coverings and parapet walls that exhibited degraded and seam patches, unrelated to storm action. The efflorescence in the CMU walls and the previous repair attempts in the parapet walls were consistent with water intrusion that had occurred over a protracted period of time. The reported water intrusion in the Laundromat was consistent with insufficient roof flashing around the pipe penetrations. Although no direct inspection of the underside of the roof framing was possible, the stained ceiling finishes in Ernesto's Mexican Restaurant and in Cruz Insurance Group were likely the result of either marginal roof leaks or leakage from piping system running in the interstitial ceiling space.

**[End of Report]**

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

Appendix 0011    JS HELD 0011

**CLOSING**

Thank you for the opportunity to provide professional services. The opinions and conclusions in this report have been formulated within a reasonable degree of professional certainty. Please note that J.S. Held opinions are based on the information provided and/or obtained as well as our training, knowledge and experience. To the extent that hidden conditions exist, and/or additional information is made available, J.S. Held reserves the right to revise or update any of the observations, assessments, and/or opinions as conditions change or additional information is provided for our review.

This document is to inure to the benefit of the addressee only and may not be relied upon, used by, or referenced by any third party without the written consent of J.S. Held. If clarification or additional information is required, please do not hesitate to contact us.

Respectfully,
**J.S. Held LLC**
Texas CoA No. F-19689 (Expiration date April 30, 2025)



Digitally signed by David Jimenez
David Jimenez
Date: 2025.01.24 06:51:47 -05'00'

> This item has been electronically signed and sealed by David Jimenez, P.E. using a Digital Signature. Printed copies of this document are not considered signed and sealed, and the signature must be verified on any electronic copies.

David Jimenez, P.E.
Senior Engineer I
TX License No. 141886 (Expires 06/30/2025)

Attachments:    Appendix A - Captioned Photographs
                Appendix B - Weather Data
                Appendix C - Weather Research and Hail

Appendix A    JS HELD 0012



## APPENDIX A

Captioned Photographs

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 0041    JS HELD 0013

**JS|HELD**

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 1 of 52



**Photo 1:** East (front) partial elevation – Building 1, section 1A.



**Photo 2:** East (front) partial elevation – Building 1, section 1B & 1C.

**480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 |** Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 0014  JS HELD 0014

**JS|HELD**

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 2 of 52



**Photo 3:** North elevation – Building 1, section 1C.



**Photo 4:** West elevation – Building 1, all sections.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 0006 **JS HELD 0015**

**JS|HELD**

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 3 of 52



**Photo 5:** South elevation – Building 1, section 1A.



**Photo 6:** North (front) elevation – Building 2.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 000061    JS HELD 0016

JS|HELD

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 4 of 52



**Photo 7:** West partial elevation – Building 2.



**Photo 8:** West partial elevation – Building 2.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 000053    JS HELD 0017

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 5 of 52



**Photo 9:** South elevation – Building 2.



**Photo 10:** East elevation – Building 2.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 00061    JS HELD 0018

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 6 of 52



**Photo 11:** Spatter marks on HVAC cabinet facing west – Building 1.



**Photo 12:** Spatter marks on HVAC cabinet facing south – Building 1.

App. 000062    JS HELD 0019

**JS|HELD**

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 7 of 52



**Photo 13:** Downspout on the north elevation absent indentations – Building 1.



**Photo 14:** Downspout on the north elevation absent indentations – Building 1.

**480 Wrangler Drive Suite 300 |** C o p p e l l  T X  7 5 0 1 9  **|** 4 6 9 - 9 9 3 - 1 2 6 1  **|** Find your expert at jsheld.com

**Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration**

App. 000056    JS HELD 0020

**JS|HELD**

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 8 of 52



**Photo 15:** Downspout on the west elevation absent indentations – Building 1.



**Photo 16:** Parapet wall cap absent indentations – Building 1.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 0005
JS HELD 0021

JS|HELD

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 9 of 52



**Photo 17:** HVAC top cabinet absent indentations – Building 1.



**Photo 18:** Roof vent with circular indentations at the southwest elevation. Note no coincident spatter mark on inset photo – Building 1.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 00058    JS HELD 0022

JS|HELD

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 10 of 52



**Photo 19:** Standing seam metal roof with circular indentations without coincident spatter marks – South slope, Building 1.



**Photo 20:** Standing seam metal roof with circular indentations without coincident spatter marks – South slope, Building 1.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 000051    JS HELD 0023

JS|HELD

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 11 of 52



**Photo 21:** Close up of previous indentation. Note absence of spatter mark–
South slope, Building 1.



**Photo 22:** Standing seam metal roof without circular indentations – North slope,
Building 1.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 0050    JS HELD 0024



**Photo 23:** Flattened fin coils. See next photo for close up – East exposure, Building 1.



**Photo 24:** Close up of previous photo. Note oxidized fin coils – East exposure, Building 1.

App. 000361    JS HELD 0025

JS|HELD

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 13 of 52



**Photo 25:** Flattened fin coils. See next photo for close up – North exposure, Building 1.



**Photo 26:** Close up of previous photo. Note oxidized fin coils – North exposure, Building 1.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 0061    JS HELD 0026

JS|HELD

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 14 of 52



**Photo 27:** Flattened fin coils. See next photo for close up – South exposure, Building 1.



**Photo 28:** Close up of previous photo. Note oxidized fin coils – South exposure, Building 1.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

**JS|HELD**

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 15 of 52



**Photo 29:** Flattened fin coils. See next photo for close up – East exposure, Building 1.



**Photo 30:** Close up of previous photo. Note oxidized fin coils – East exposure, Building 1.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App.000054  JS HELD 0028

**JS|HELD**

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 16 of 52



**Photo 31:** Close up of previous photo. Note oxidized fin coils – West exposure, Building 1.



**Photo 32:** Close up of previous photo. Note oxidized fin coils – West exposure, Building 1.

App. 0005 JS HELD 0029

**JS|HELD**

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 17 of 52



**Photo 33:** Roof overview, looking northeast - Building 1, section 1A.



**Photo 34:** Linear blemish - Building 1, section 1A.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

**App. 0030** **JS HELD 0030**

**JS|HELD**

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 18 of 52



**Photo 35:** Granular shedding around roof appurtenance - Building 1, section 1A.



**Photo 36:** Linear blemish - Building 1, section 1A.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 00052   JS HELD 0031

JS|HELD

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 19 of 52



**Photo 37:** Roof overview, looking northeast - Building 1, section 1B.



**Photo 38:** Roof overview, looking northeast - Building 1, section 1C.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 00068                JS HELD 0032

JS|HELD

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 20 of 52



**Photo 39:** TA-1A overview.



**Photo 40:** Roughly circular blemish without tactile softness - TA-1A.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 0061   JS HELD 0033



**Photo 41:** Irregular blemish. Note oxidized asphalt binder - TA-1A.



**Photo 42:** Irregular blemish. Note oxidized asphalt binder - TA-1A.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 0034  JS HELD 0034

JS|HELD

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 22 of 52



**Photo 43:** Irregular blemishes. Note oxidized asphalt binder - TA-1A.



**Photo 44:** TA-1C overview.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

JS|HELD

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 23 of 52



**Photo 45:** TA-1C absent circular blemishes.



**Photo 46:** Roughly circular blemish without tactile softness - TA-1C.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 000421    JS HELD 0036

JS|HELD

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 24 of 52



**Photo 47:** Parapet wall base absent circular blemishes – Building 1.



**Photo 48:** North parapet wall overview – Building 1, section 1A.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 0045
JS HELD 0037



**Photo 49:** North parapet wall. Note granular shedding and failed seam patches–
Building 1, section 1A.



**Photo 50:** North parapet wall. Note granular shedding and failed seam patches–
Building 1, section 1A.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 00024    JS HELD 0038

JS|HELD

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 26 of 52



**Photo 51:** North parapet wall. Note granular shedding and failed seam patches–
Building 1, section 1A.



**Photo 52:** North parapet wall. Note previous repair attempts – Building 1,
section 1A.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 0025    JS HELD 0039

**JS|HELD**

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 27 of 52



**Photo 53:** West parapet wall overview. Note granule accumulation between scuppers (arrows) – Building 1, section 1A.



**Photo 54:** West parapet wall. Note granular shedding and failed seam patches– Building 1, section 1A.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 0046  JS HELD 0040

JS|HELD

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 28 of 52



**Photo 55:** West parapet wall. Note previous repair attempts around scupper–
Building 1, section 1A.



**Photo 56:** West parapet wall. Note metal counter flashing absent displacement,
distortion or indentations – Building 1, section 1A.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 000 41    JS|HELD 0041



**Photo 57:** Stained ceiling tiles around sprinkler head – Ernesto's Mexican Restaurant.



**Photo 58:** Pipe penetration with reported water intrusion. Note small stain at the metal deck (arrow) – Laundromat.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 0042    JS HELD 0042

JS|HELD

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 30 of 52



**Photo 59:** Pipe penetration with reported water intrusion. Note small stain at the metal deck (arrow) – Laundromat.



**Photo 60:** Ductwork where streak marks on the wall emanated from (see next photo) – Jumping World.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 00042    JS HELD 0043



**Photo 61:** Streak marks on the wall – Jumping World.



**Photo 62:** West exterior wall. Note bubbled and delaminated paint and efflorescence – Jumping World.

App. 0084  JS HELD 0044

JS|HELD

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 32 of 52



**Photo 63:** West exterior wall. Note bubbled and delaminated paint and efflorescence – Jumping World.



**Photo 64:** West exterior wall. Note bubbled and delaminated paint and efflorescence – Jumping World.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 0045     JS HELD 0045

![JS|HELD]

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 33 of 52



**Photo 65:** North wall. Note bubbled and delaminated paint and efflorescence – Jumping World.



**Photo 66:** North wall. Note bubbled and delaminated paint and efflorescence – Jumping World.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 000ULD 0046

JS|HELD

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 34 of 52



**Photo 67:** North wall. Note bubbled and delaminated paint and efflorescence – Jumping World.



**Photo 68:** Isolated spot of reported water intrusion. Note no opening or gaps on the metal deck – Jumping World.

App. 000052    JS HELD 0047

**JS|HELD**

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 35 of 52



**Photo 69:** Isolated spot of reported water intrusion. Note no opening or gaps on the metal deck – Jumping World.



**Photo 70:** Spatter marks on a ground transformer facing west – Building 2.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 0084   JS HELD 0048



**Photo 71:** Spatter marks on a ground transformer – Building 2.



**Photo 72:** Spatter marks on HVAC cabinet facing west – Building 2.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 000082
JS HELD 0049

JS|HELD

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 37 of 52



**Photo 73:** Spatter marks on HVAC cabinet facing west – Building 2.



**Photo 74:** Spatter marks on HVAC cabinet – Building 2.

**480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 |** Find your expert at jsheld.com

**Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration**

App. 0086    JS HELD 0050

JS|HELD

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 38 of 52



**Photo 75:** Downspout absent indentations – Building 2.



**Photo 76:** HVAC cabinets absent indentations – Building 2.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 0081    JS HELD 0051

JS|HELD

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 39 of 52



**Photo 77:** HVAC cabinets absent indentations – Building 2.



**Photo 78:** Roof vent absent indentations – Building 2.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 00052    JS HELD 0052

**JS|HELD**

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 40 of 52



**Photo 79:** Parapet wall coping absent indentations – Building 2.



**Photo 80:** Parapet wall coping absent indentations – Building 2.

**480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com**

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 0053  JS HELD 0053

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 41 of 52



**Photo 81:** Roof hatch absent indentations – Building 2.



**Photo 82:** Roof appurtenance absent indentations – Building 2.

JS HELD 0054

**JS|HELD**

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 42 of 52



**Photo 83:** Flattened fin coils. See next photo for close up – South exposure, Building 2.



**Photo 84:** Close up of previous photo. Note oxidized fin coils – South exposure, Building 2.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 0051    JS HELD 0055



**Photo 85:** Flattened fin coils. See next photo for close up – East exposure, Building 2.



**Photo 86:** Close up of previous photo. Note oxidized fin coils – East exposure, Building 2.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 00052    JS HELD 0056

**JS|HELD**

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 44 of 52



**Photo 87:** Flattened fin coils. See next photo for close up – North exposure, Building 2.



**Photo 88:** Close up of previous photo. Note oxidized fin coils – North exposure, Building 2.

App. 0058    JS HELD 0057



**Photo 89:** Peripheral elements absent displacement – Building 2.



**Photo 90:** Peripheral elements absent displacement – Building 2.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 0054    JS HELD 0058

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 46 of 52



**Photo 91:** Overview of TA-2.



**Photo 92:** Roughly circular blemish without tactile softness - TA-2.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 0059    JS HELD 0059

JS|HELD

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 47 of 52



**Photo 93:** Roughly circular blemish without tactile softness - TA-2.



**Photo 94:** Linear blemish - TA-2.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 0056     JS HELD 0060

**JS|HELD**

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 48 of 52



**Photo 95:** Elongated blemish - TA-2.



**Photo 96:** Parapet wall base absent circular blemishes – Building 2.

**480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 |** Find your expert at jsheld.com

**Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration**



**Photo 97:** Parapet wall base absent circular blemishes – Building 2.



**Photo 98:** Roughly circular blemish absent concavity and tactile softness – Building 2.

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 50 of 52



**Photo 99:** Linear blemish – Building 2.



**Photo 100:** Roofing membrane absent displaced or folded-back section. Note parapet coping and other roof appurtenance absent displacement – Building 2.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 0063    JS HELD 0063

JS|HELD

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 51 of 52



**Photo 101:** Roofing membrane absent displaced or folded-back section. Note parapet coping and other roof appurtenance absent displacement – Building 2.



**Photo 102:** Roofing membrane absent displaced or folded-back section. Note dirt accumulation along south roof edge – Building 2.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 0064  JS HELD 0064

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix A – Captioned Photos
January 24, 2025
Page 52 of 52



**Photo 103:** Stained ceiling tiles– Cruz Insurance Group.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 0065    JS HELD 0065



## APPENDIX B

Weather Data

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

# Storm Events Database

## Search Results for Dallas County, Texas

**Event Types: Hail**

150 events were reported between 01/01/2019 and 09/30/2024 (2100 days)

**Summary Info:**

| | |
|---|---|
| Number of County/Zone areas affected: | 1 |
| Number of Days with Event: | 50 |
| Number of Days with Event and Death: | 0 |
| Number of Days with Event and Death or Injury: | 0 |
| Number of Days with Event and Property Damage: | 6 |
| Number of Days with Event and Crop Damage: | 0 |
| Number of Event Types reported: | 1 |

**Column Definitions:**

'Mag': Magnitude, 'Dth': Deaths, 'Inj': Injuries, 'PrD': Property Damage, 'CrD': Crop Damage

*Click on **Location** below to display details.*
*Available Event Types have changed over time. Please refer to the Database Details for more information.*

Select: All Hail     Sort By: Date/Time (Oldest)

| Location | County/Zone | St. | Date | Time | T.Z. | Type | Mag | Dth | Inj | PrD | CrD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals:** | | | | | | | | 0 | 0 | 2.964M | 0.00K |
| COPPELL | DALLAS CO. | TX | 03/09/2019 | 05:15 | CST-6 | Hail | 0.88 in. | 0 | 0 | 0.00K | 0.00K |
| DALLAS | DALLAS CO. | TX | 03/09/2019 | 07:30 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| CEDAR HILL | DALLAS CO. | TX | 03/09/2019 | 07:32 | CST-6 | Hail | 1.50 in. | 0 | 0 | 0.00K | 0.00K |
| GRIBBLE | DALLAS CO. | TX | 03/24/2019 | 21:20 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| MESQUITE | DALLAS CO. | TX | 03/25/2019 | 00:05 | CST-6 | Hail | 0.88 in. | 0 | 0 | 0.00K | 0.00K |
| HIGHLAND PARK | DALLAS CO. | TX | 04/13/2019 | 08:08 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| TRINITY MILLS | DALLAS CO. | TX | 04/13/2019 | 08:23 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| UNION BOWER | DALLAS CO. | TX | 04/13/2019 | 09:45 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| RICHARDSON | DALLAS CO. | TX | 05/18/2019 | 13:01 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| BALCH SPGS | DALLAS CO. | TX | 05/18/2019 | 14:00 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| HIGHLAND PARK | DALLAS CO. | TX | 06/01/2019 | 17:23 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| (DAL)LOVE FLD DALLAS | DALLAS CO. | TX | 06/01/2019 | 17:25 | CST-6 | Hail | 1.50 in. | 0 | 0 | 1.00K | 0.00K |
| BALCH SPGS | DALLAS CO. | TX | 06/01/2019 | 17:56 | CST-6 | Hail | 1.75 in. | 0 | 0 | 10.00K | 0.00K |
| BOUCHARD | DALLAS CO. | TX | 06/09/2019 | 13:06 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| GARLAND | DALLAS CO. | TX | 06/09/2019 | 13:41 | CST-6 | Hail | 1.50 in. | 0 | 0 | 0.00K | 0.00K |
| REINHARDT | DALLAS CO. | TX | 06/29/2019 | 17:05 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| GRAND PRAIRIE | DALLAS CO. | TX | 10/10/2019 | 20:01 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| COPPELL | DALLAS CO. | TX | 10/20/2019 | 19:54 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| FLORENCE HILL | DALLAS CO. | TX | 10/20/2019 | 20:00 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| FLORENCE HILL | DALLAS CO. | TX | 10/20/2019 | 20:04 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| DUNCANVILLE | DALLAS CO. | TX | 03/28/2020 | 07:48 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| CEDAR HILL | DALLAS CO. | TX | 04/19/2020 | 09:17 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| SOWERS | DALLAS CO. | TX | 04/19/2020 | 09:42 | CST-6 | Hail | 1.50 in. | 0 | 0 | 0.00K | 0.00K |
| CEDAR HILL | DALLAS CO. | TX | 04/28/2020 | 04:28 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| ROSE HILL | DALLAS CO. | TX | 07/05/2020 | 15:23 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| ALPHA | DALLAS CO. | TX | 08/16/2020 | 17:57 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| ADDISON | DALLAS CO. | TX | 08/16/2020 | 17:58 | CST-6 | Hail | 0.88 in. | 0 | 0 | 0.00K | 0.00K |
| ADDISON | DALLAS CO. | TX | 08/16/2020 | 18:03 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |

| Location | County | State | Date | Time | Zone | Type | Magnitude | Dth | Inj | PrD | CrD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (DAL)LOVE FLD DALLAS | DALLAS CO. | TX | 08/16/2020 | 18:37 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| ALPHA | DALLAS CO. | TX | 01/24/2021 | 14:35 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| RICHARDSON | DALLAS CO. | TX | 01/24/2021 | 14:45 | CST-6 | Hail | 0.88 in. | 0 | 0 | 0.00K | 0.00K |
| COPPELL | DALLAS CO. | TX | 03/17/2021 | 04:05 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| (DAL)LOVE FLD DALLAS | DALLAS CO. | TX | 03/22/2021 | 20:36 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| NEW HOPE | DALLAS CO. | TX | 03/22/2021 | 21:03 | CST-6 | Hail | 0.88 in. | 0 | 0 | 0.00K | 0.00K |
| PLEASANT VLY | DALLAS CO. | TX | 03/22/2021 | 21:10 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| LAWSON | DALLAS CO. | TX | 03/24/2021 | 16:57 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| DE SOTO CARROLL ARPT | DALLAS CO. | TX | 04/09/2021 | 18:21 | CST-6 | Hail | 1.50 in. | 0 | 0 | 0.00K | 0.00K |
| LANCASTER | DALLAS CO. | TX | 04/09/2021 | 18:23 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| BOUCHARD | DALLAS CO. | TX | 04/09/2021 | 18:48 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| BOUCHARD | DALLAS CO. | TX | 04/09/2021 | 18:55 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| COCKRELL HILL | DALLAS CO. | TX | 04/09/2021 | 19:09 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| (RBD)REDBIRD ARPT DA | DALLAS CO. | TX | 04/09/2021 | 19:09 | CST-6 | Hail | 2.00 in. | 0 | 0 | 150.00K | 0.00K |
| COCKRELL HILL | DALLAS CO. | TX | 04/09/2021 | 19:13 | CST-6 | Hail | 2.00 in. | 0 | 0 | 150.00K | 0.00K |
| ROWLETT | DALLAS CO. | TX | 04/09/2021 | 19:15 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| COCKRELL HILL | DALLAS CO. | TX | 04/09/2021 | 19:16 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| ROWLETT | DALLAS CO. | TX | 04/09/2021 | 19:17 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| COCKRELL HILL | DALLAS CO. | TX | 04/09/2021 | 19:21 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| REINHARDT | DALLAS CO. | TX | 04/09/2021 | 19:22 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| ROWLETT | DALLAS CO. | TX | 04/09/2021 | 19:24 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| CEDAR HILL | DALLAS CO. | TX | 04/13/2021 | 02:39 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| GRAND PRAIRIE | DALLAS CO. | TX | 04/23/2021 | 12:46 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| RICHARDSON | DALLAS CO. | TX | 04/23/2021 | 13:40 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| SACHSE | DALLAS CO. | TX | 04/23/2021 | 13:40 | CST-6 | Hail | 0.88 in. | 0 | 0 | 0.00K | 0.00K |
| SAYENE | DALLAS CO. | TX | 05/03/2021 | 20:03 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| RICHARDSON | DALLAS CO. | TX | 05/10/2021 | 18:18 | CST-6 | Hail | 0.88 in. | 0 | 0 | 0.00K | 0.00K |
| LAWSON | DALLAS CO. | TX | 05/10/2021 | 21:48 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| GRAND PRAIRIE | DALLAS CO. | TX | 11/10/2021 | 21:57 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| IRVING | DALLAS CO. | TX | 11/10/2021 | 22:03 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| HIGHLAND PARK | DALLAS CO. | TX | 03/14/2022 | 16:24 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| GARLAND | DALLAS CO. | TX | 03/14/2022 | 16:50 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| GARLAND | DALLAS CO. | TX | 03/14/2022 | 18:09 | CST-6 | Hail | 0.88 in. | 0 | 0 | 0.00K | 0.00K |
| ALPHA | DALLAS CO. | TX | 03/17/2022 | 18:33 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| ADDISON | DALLAS CO. | TX | 03/17/2022 | 18:33 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| COPPELL | DALLAS CO. | TX | 04/04/2022 | 21:05 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| DALLAS | DALLAS CO. | TX | 04/04/2022 | 21:48 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| PEELER | DALLAS CO. | TX | 04/13/2022 | 06:56 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| CEDAR HILL | DALLAS CO. | TX | 09/03/2022 | 16:41 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| HIGHLAND PARK | DALLAS CO. | TX | 09/04/2022 | 14:04 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| PLEASANT VLY | DALLAS CO. | TX | 09/04/2022 | 14:15 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| DUNCANVILLE | DALLAS CO. | TX | 12/13/2022 | 09:20 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| FLORENCE HILL | DALLAS CO. | TX | 03/01/2023 | 08:02 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| DUNCANVILLE | DALLAS CO. | TX | 03/01/2023 | 08:10 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| LAKEVIEW | DALLAS CO. | TX | 03/01/2023 | 08:13 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| DESOTO | DALLAS CO. | TX | 03/01/2023 | 08:14 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| WHEATLAND AREA | DALLAS CO. | TX | 03/01/2023 | 08:20 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| GRIBBLE | DALLAS CO. | TX | 03/16/2023 | 15:59 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| SOWERS | DALLAS CO. | TX | 03/16/2023 | 16:02 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| ROSE HILL | DALLAS CO. | TX | 03/16/2023 | 16:27 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| ADDISON | DALLAS CO. | TX | 04/02/2023 | 15:12 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| GARLAND | DALLAS CO. | TX | 04/20/2023 | 13:08 | CST-6 | Hail | 0.88 in. | 0 | 0 | 0.00K | 0.00K |
| ROWLETT | DALLAS CO. | TX | 04/20/2023 | 13:20 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| ROWLETT | DALLAS CO. | TX | 04/20/2023 | 13:25 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| LIGGETT | DALLAS CO. | TX | 04/20/2023 | 20:56 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |

| CARROLLTON | DALLAS CO. | TX | 04/20/2023 | 21:20 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOWERS | DALLAS CO. | TX | 05/15/2023 | 13:57 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| WHEATLAND AREA | DALLAS CO. | TX | 06/03/2023 | 18:07 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| DUNCANVILLE | DALLAS CO. | TX | 06/08/2023 | 17:13 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| UNIVERSITY PARK | DALLAS CO. | TX | 06/11/2023 | 18:56 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| UNIVERSITY PARK | DALLAS CO. | TX | 06/11/2023 | 19:05 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| CEDAR HILL | DALLAS CO. | TX | 06/12/2023 | 10:02 | CST-6 | Hail | 2.00 in. | 0 | 0 | 100.00K | 0.00K |
| BALCH SPGS | DALLAS CO. | TX | 06/12/2023 | 10:05 | CST-6 | Hail | 2.00 in. | 0 | 0 | 100.00K | 0.00K |
| CEDAR HILL | DALLAS CO. | TX | 06/12/2023 | 21:35 | CST-6 | Hail | 2.75 in. | 0 | 0 | 250.00K | 0.00K |
| CEDAR HILL | DALLAS CO. | TX | 06/12/2023 | 21:36 | CST-6 | Hail | 4.00 in. | 0 | 0 | 1.000M | 0.00K |
| CEDAR HILL | DALLAS CO. | TX | 06/12/2023 | 21:39 | CST-6 | Hail | 2.50 in. | 0 | 0 | 200.00K | 0.00K |
| DUNCANVILLE | DALLAS CO. | TX | 06/12/2023 | 21:47 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| DUNCANVILLE | DALLAS CO. | TX | 06/12/2023 | 21:47 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| CEDAR HILL | DALLAS CO. | TX | 06/12/2023 | 22:02 | CST-6 | Hail | 2.00 in. | 0 | 0 | 100.00K | 0.00K |
| ELAM | DALLAS CO. | TX | 06/12/2023 | 22:05 | CST-6 | Hail | 2.00 in. | 0 | 0 | 200.00K | 0.00K |
| SHADY GROVE | DALLAS CO. | TX | 06/13/2023 | 12:50 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| SHADY GROVE | DALLAS CO. | TX | 06/13/2023 | 12:57 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| HENSLEY FLD ARPT | DALLAS CO. | TX | 06/13/2023 | 13:00 | CST-6 | Hail | 1.50 in. | 0 | 0 | 0.00K | 0.00K |
| EAGLE FORD | DALLAS CO. | TX | 06/13/2023 | 13:02 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| DALLAS | DALLAS CO. | TX | 06/13/2023 | 13:09 | CST-6 | Hail | 1.75 in. | 0 | 0 | 5.00K | 0.00K |
| MESQUITE | DALLAS CO. | TX | 06/13/2023 | 13:22 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| MESQUITE | DALLAS CO. | TX | 06/13/2023 | 13:24 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| MESQUITE | DALLAS CO. | TX | 06/13/2023 | 13:25 | CST-6 | Hail | 1.75 in. | 0 | 0 | 7.00K | 0.00K |
| TRINITY MILLS | DALLAS CO. | TX | 09/19/2023 | 17:22 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| RICHARDSON | DALLAS CO. | TX | 09/24/2023 | 17:35 | CST-6 | Hail | 1.50 in. | 0 | 0 | 3.00K | 0.00K |
| ALPHA | DALLAS CO. | TX | 09/24/2023 | 17:36 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| MEADERS | DALLAS CO. | TX | 09/24/2023 | 17:37 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| RICHARDSON | DALLAS CO. | TX | 09/24/2023 | 17:43 | CST-6 | Hail | 2.00 in. | 0 | 0 | 50.00K | 0.00K |
| BOUCHARD | DALLAS CO. | TX | 09/24/2023 | 17:44 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| RICHARDSON | DALLAS CO. | TX | 09/24/2023 | 17:48 | CST-6 | Hail | 1.75 in. | 0 | 0 | 15.00K | 0.00K |
| GARLAND | DALLAS CO. | TX | 09/24/2023 | 17:48 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| RICHARDSON | DALLAS CO. | TX | 09/24/2023 | 17:48 | CST-6 | Hail | 1.50 in. | 0 | 0 | 0.00K | 0.00K |
| GARLAND | DALLAS CO. | TX | 09/24/2023 | 17:50 | CST-6 | Hail | 2.25 in. | 0 | 0 | 150.00K | 0.00K |
| GARLAND | DALLAS CO. | TX | 09/24/2023 | 17:52 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| GARLAND | DALLAS CO. | TX | 09/24/2023 | 17:53 | CST-6 | Hail | 1.75 in. | 0 | 0 | 15.00K | 0.00K |
| RICHARDSON | DALLAS CO. | TX | 09/24/2023 | 17:55 | CST-6 | Hail | 2.25 in. | 0 | 0 | 100.00K | 0.00K |
| GARLAND | DALLAS CO. | TX | 09/24/2023 | 17:56 | CST-6 | Hail | 2.00 in. | 0 | 0 | 50.00K | 0.00K |
| FLORENCE HILL | DALLAS CO. | TX | 09/24/2023 | 19:45 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| SOWERS | DALLAS CO. | TX | 10/04/2023 | 20:55 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| MESQUITE | DALLAS CO. | TX | 04/08/2024 | 19:00 | CST-6 | Hail | 1.50 in. | 0 | 0 | 0.00K | 0.00K |
| SUNNYVALE | DALLAS CO. | TX | 04/08/2024 | 19:00 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| ROWLETT | DALLAS CO. | TX | 04/08/2024 | 19:20 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| ROWLETT | DALLAS CO. | TX | 04/08/2024 | 19:20 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| GRAND PRAIRIE ARPT | DALLAS CO. | TX | 05/22/2024 | 17:50 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| GRAND PRAIRIE ARPT | DALLAS CO. | TX | 05/22/2024 | 17:53 | CST-6 | Hail | 1.50 in. | 0 | 0 | 0.00K | 0.00K |
| GRAND PRAIRIE ARPT | DALLAS CO. | TX | 05/22/2024 | 18:08 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| LAKEVIEW | DALLAS CO. | TX | 05/24/2024 | 17:46 | CST-6 | Hail | 0.88 in. | 0 | 0 | 0.00K | 0.00K |
| HIGHLAND PARK | DALLAS CO. | TX | 05/27/2024 | 15:19 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| ARCADIA PARK | DALLAS CO. | TX | 05/27/2024 | 15:23 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| EAGLE FORD | DALLAS CO. | TX | 05/27/2024 | 15:23 | CST-6 | Hail | 1.75 in. | 0 | 0 | 100.00K | 0.00K |
| EAGLE FORD | DALLAS CO. | TX | 05/27/2024 | 15:30 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| COCKRELL HILL | DALLAS CO. | TX | 05/27/2024 | 15:37 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| OAK CLIFF | DALLAS CO. | TX | 05/27/2024 | 15:38 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| RICHARDSON | DALLAS CO. | TX | 05/27/2024 | 15:42 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| RICHARDSON | DALLAS CO. | TX | 05/27/2024 | 15:44 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |

| RICHARDSON | DALLAS CO. | TX | 05/27/2024 | 15:45 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RICHARDSON | DALLAS CO. | TX | 05/27/2024 | 15:46 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| COCKRELL HILL | DALLAS CO. | TX | 05/27/2024 | 15:47 | CST-6 | Hail | 1.75 in. | 0 | 0 | 100.00K | 0.00K |
| RICHARDSON | DALLAS CO. | TX | 05/27/2024 | 15:54 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| RICHARDSON | DALLAS CO. | TX | 05/27/2024 | 15:56 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| OAK CLIFF | DALLAS CO. | TX | 05/27/2024 | 16:02 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| HUTCHINS | DALLAS CO. | TX | 05/27/2024 | 16:39 | CST-6 | Hail | 2.00 in. | 0 | 0 | 100.00K | 0.00K |
| DUNCANVILLE | DALLAS CO. | TX | 05/27/2024 | 18:43 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| FLORENCE HILL | DALLAS CO. | TX | 05/27/2024 | 18:44 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| FLORENCE HILL | DALLAS CO. | TX | 05/27/2024 | 18:50 | CST-6 | Hail | 1.75 in. | 0 | 0 | 8.00K | 0.00K |
| BOUCHARD | DALLAS CO. | TX | 05/28/2024 | 05:17 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| ROSE HILL | DALLAS CO. | TX | 05/28/2024 | 05:23 | CST-6 | Hail | 1.50 in. | 0 | 0 | 0.00K | 0.00K |
| Totals: | | | | | | | | 0 | 0 | 2.964M | 0.00K |

# Storm Events Database

## Search Results for Dallas County, Texas

**Event Types:** **Funnel Cloud, High Wind, Hurricane (Typhoon), Strong Wind, Thunderstorm Wind, Tornado, Tropical Depression, Tropical Storm**

**Dallas county contains the following zones:**
**Dallas**

101 events were reported between 01/01/2019 and 09/30/2024 (2100 days)

**Summary Info:**

| | |
|---|---|
| Number of County/Zone areas affected: | 2 |
| Number of Days with Event: | 40 |
| Number of Days with Event and Death: | 1 |
| Number of Days with Event and Death or Injury: | 1 |
| Number of Days with Event and Property Damage: | 24 |
| Number of Days with Event and Crop Damage: | 0 |
| Number of Event Types reported: | 4 |

**Column Definitions:**

'Mag': Magnitude, 'Dth': Deaths, 'Inj': Injuries, 'PrD': Property Damage, 'CrD': Crop Damage

**Wind Magnitude Definitions:**

Measured Gust:'MG', Estimated Gust:'EG', Measured Sustained:'MS', Estimated Sustained:'ES'

*Click on **Location** below to display details.*

*Available Event Types have changed over time. Please refer to the* Database Details *for more information.*

Select: All Tornadoes ⌄ | All Wind Speeds ⌄    Sort By: Date/Time (Oldest) ⌄

| Location | County/Zone | St. | Date | Time | T.Z. | Type | Mag | Dth | Inj | PrD | CrD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals:** | | | | | | | | 1 | 6 | 1.976B | 0.00K |
| (DFW)DALLAS-FT WORTH | DALLAS CO. | TX | 02/07/2019 | 04:32 | CST-6 | Thunderstorm Wind | 50 kts. MG | 0 | 0 | 0.00K | 0.00K |
| MESQUITE | DALLAS CO. | TX | 03/09/2019 | 07:38 | CST-6 | Tornado | EF0 | 0 | 0 | 10.00K | 0.00K |
| MESQUITE | DALLAS CO. | TX | 03/09/2019 | 07:43 | CST-6 | Thunderstorm Wind | 50 kts. EG | 0 | 0 | 0.00K | 0.00K |
| GRAND PRAIRIE | DALLAS CO. | TX | 03/13/2019 | 04:00 | CST-6 | Thunderstorm Wind | 70 kts. MG | 0 | 0 | 0.00K | 0.00K |
| CARROLLTON | DALLAS CO. | TX | 03/13/2019 | 04:00 | CST-6 | Thunderstorm Wind | 65 kts. MG | 0 | 0 | 50.00K | 0.00K |
| (ADS)ADDISON ARPT DA | DALLAS CO. | TX | 03/13/2019 | 04:15 | CST-6 | Thunderstorm Wind | 62 kts. MG | 0 | 0 | 0.00K | 0.00K |
| DALLAS | DALLAS CO. | TX | 03/13/2019 | 04:25 | CST-6 | Thunderstorm Wind | 60 kts. EG | 0 | 0 | 50.00K | 0.00K |
| ROWLETT | DALLAS CO. | TX | 03/13/2019 | 04:30 | CST-6 | Thunderstorm Wind | 60 kts. EG | 0 | 0 | 10.00K | 0.00K |
| (ADS)ADDISON ARPT DA | DALLAS CO. | TX | 05/18/2019 | 12:14 | CST-6 | Thunderstorm Wind | 50 kts. MG | 0 | 0 | 0.00K | 0.00K |
| TRINITY MILLS | DALLAS CO. | TX | 05/18/2019 | 12:50 | CST-6 | Thunderstorm Wind | 45 kts. EG | 0 | 0 | 0.50K | 0.00K |
| LAWSON | DALLAS CO. | TX | 06/01/2019 | 17:30 | CST-6 | Thunderstorm Wind | 60 kts. EG | 0 | 0 | 5.00K | 0.00K |
| BOBWYN | DALLAS CO. | TX | 06/01/2019 | 17:35 | CST-6 | Thunderstorm Wind | 70 kts. MG | 0 | 0 | 100.00K | 0.00K |
| CARROLLTON | DALLAS CO. | TX | 06/09/2019 | 12:20 | CST-6 | Thunderstorm Wind | 55 kts. EG | 0 | 0 | 5.00K | 0.00K |
| RENNER | DALLAS CO. | TX | 06/09/2019 | 12:34 | CST-6 | Thunderstorm Wind | 55 kts. MG | 0 | 0 | 2.00K | 0.00K |
| (ADS)ADDISON ARPT DA | DALLAS CO. | TX | 06/09/2019 | 12:43 | CST-6 | Thunderstorm Wind | 50 kts. MG | 0 | 0 | 1.00K | 0.00K |
| (DAL)LOVE FLD DALLAS | DALLAS CO. | TX | 06/09/2019 | 12:45 | CST-6 | Thunderstorm Wind | 62 kts. MG | 0 | 0 | 25.00K | 0.00K |
| COPPELL | DALLAS CO. | TX | 06/09/2019 | 12:58 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 1.00K | 0.00K |
| ALPHA | DALLAS CO. | TX | 06/09/2019 | 13:01 | CST-6 | Thunderstorm Wind | 60 kts. EG | 0 | 0 | 0.00K | 0.00K |
| HIGHLAND PARK | DALLAS CO. | TX | 06/09/2019 | 13:01 | CST-6 | Thunderstorm Wind | 61 kts. EG | 0 | 0 | 5.00K | 0.00K |
| SHADY GROVE | DALLAS CO. | TX | 06/09/2019 | 13:03 | CST-6 | Thunderstorm Wind | 50 kts. EG | 0 | 0 | 0.00K | 0.00K |
| RICHARDSON | DALLAS CO. | TX | 06/09/2019 | 13:04 | CST-6 | Thunderstorm Wind | 60 kts. EG | 0 | 0 | 1.50K | 0.00K |
| MESQUITE | DALLAS CO. | TX | 06/09/2019 | 13:06 | CST-6 | Thunderstorm Wind | 59 kts. MG | 0 | 0 | 0.00K | 0.00K |
| GARLAND | DALLAS CO. | TX | 06/09/2019 | 13:15 | CST-6 | Thunderstorm Wind | 60 kts. EG | 0 | 0 | 10.00K | 0.00K |

| DALLAS | DALLAS CO. | TX | 06/09/2019 | 13:18 | CST-6 | Thunderstorm Wind | 60 kts. EG | 1 | 6 | 70.000M | 0.00K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CARROLLTON | DALLAS CO. | TX | 06/09/2019 | 13:20 | CST-6 | Thunderstorm Wind | 55 kts. EG | 0 | 0 | 20.00K | 0.00K |
| RICHARDSON | DALLAS CO. | TX | 06/09/2019 | 13:21 | CST-6 | Thunderstorm Wind | 55 kts. EG | 0 | 0 | 5.00K | 0.00K |
| LIGGETT | DALLAS CO. | TX | 06/16/2019 | 14:35 | CST-6 | Thunderstorm Wind | 70 kts. EG | 0 | 0 | 60.00K | 0.00K |
| FARMERS BRANCH | DALLAS CO. | TX | 06/16/2019 | 14:43 | CST-6 | Thunderstorm Wind | 78 kts. EG | 0 | 0 | 20.00K | 0.00K |
| FARMERS BRANCH | DALLAS CO. | TX | 06/16/2019 | 14:45 | CST-6 | Tornado | EF0 | 0 | 0 | 20.00K | 0.00K |
| (RBD)REDBIRD ARPT DA | DALLAS CO. | TX | 06/23/2019 | 20:29 | CST-6 | Thunderstorm Wind | 53 kts. MG | 0 | 0 | 5.00K | 0.00K |
| LIGGETT | DALLAS CO. | TX | 07/10/2019 | 17:25 | CST-6 | Thunderstorm Wind | 50 kts. EG | 0 | 0 | 10.00K | 0.00K |
| GRIBBLE | DALLAS CO. | TX | 10/20/2019 | 19:58 | CST-6 | Tornado | EF3 | 0 | 0 | 1.550B | 0.00K |
| GARLAND | DALLAS CO. | TX | 10/20/2019 | 20:24 | CST-6 | Tornado | EF2 | 0 | 0 | 400.000M | 0.00K |
| ROWLETT | DALLAS CO. | TX | 10/20/2019 | 20:36 | CST-6 | Tornado | EF1 | 0 | 0 | 10.000M | 0.00K |
| LANCASTER | DALLAS CO. | TX | 10/20/2019 | 20:44 | CST-6 | Thunderstorm Wind | 60 kts. MG | 0 | 0 | 25.00K | 0.00K |
| COPPELL | DALLAS CO. | TX | 10/20/2019 | 23:55 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 0.00K | 0.00K |
| GRAND PRAIRIE | DALLAS CO. | TX | 10/21/2019 | 00:24 | CST-6 | Thunderstorm Wind | 56 kts. MG | 0 | 0 | 0.00K | 0.00K |
| GRIBBLE | DALLAS CO. | TX | 01/10/2020 | 18:42 | CST-6 | Tornado | EF0 | 0 | 0 | 15.00K | 0.00K |
| MESQUITE | DALLAS CO. | TX | 04/12/2020 | 16:16 | CST-6 | Thunderstorm Wind | 43 kts. EG | 0 | 0 | 25.00K | 0.00K |
| (DFW)DALLAS-FT WORTH | DALLAS CO. | TX | 04/28/2020 | 22:12 | CST-6 | Thunderstorm Wind | 50 kts. MG | 0 | 0 | 0.00K | 0.00K |
| HIGHLAND PARK | DALLAS CO. | TX | 04/28/2020 | 22:45 | CST-6 | Thunderstorm Wind | 50 kts. MG | 0 | 0 | 0.00K | 0.00K |
| BOBWYN | DALLAS CO. | TX | 04/28/2020 | 22:54 | CST-6 | Thunderstorm Wind | 56 kts. MG | 0 | 0 | 0.00K | 0.00K |
| (DFW)DALLAS-FT WORTH | DALLAS CO. | TX | 06/19/2020 | 19:30 | CST-6 | Thunderstorm Wind | 50 kts. MG | 0 | 0 | 0.00K | 0.00K |
| REINHARDT | DALLAS CO. | TX | 07/12/2020 | 02:30 | CST-6 | Thunderstorm Wind | 50 kts. EG | 0 | 0 | 0.00K | 0.00K |
| RENNER | DALLAS CO. | TX | 08/16/2020 | 17:36 | CST-6 | Thunderstorm Wind | 50 kts. EG | 0 | 0 | 0.00K | 0.00K |
| (DAL)LOVE FLD DALLAS | DALLAS CO. | TX | 08/16/2020 | 18:25 | CST-6 | Thunderstorm Wind | 53 kts. MG | 0 | 0 | 0.00K | 0.00K |
| FLORENCE HILL | DALLAS CO. | TX | 03/17/2021 | 03:56 | CST-6 | Thunderstorm Wind | 57 kts. MG | 0 | 0 | 0.00K | 0.00K |
| (RBD)REDBIRD ARPT DA | DALLAS CO. | TX | 03/17/2021 | 04:06 | CST-6 | Thunderstorm Wind | 53 kts. MG | 0 | 0 | 0.00K | 0.00K |
| HIGHLAND PARK | DALLAS CO. | TX | 05/16/2021 | 13:00 | CST-6 | Tornado | EF0 | 0 | 0 | 2.00K | 0.00K |
| BOUCHARD | DALLAS CO. | TX | 05/16/2021 | 13:10 | CST-6 | Tornado | EF1 | 0 | 0 | 50.00K | 0.00K |
| LANCASTER | DALLAS CO. | TX | 07/12/2021 | 12:20 | CST-6 | Thunderstorm Wind | 56 kts. EG | 0 | 0 | 30.00K | 0.00K |
| DESOTO | DALLAS CO. | TX | 07/12/2021 | 12:20 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 7.00K | 0.00K |
| (DFW)DALLAS-FT WORTH | DALLAS CO. | TX | 10/10/2021 | 20:29 | CST-6 | Thunderstorm Wind | 61 kts. MG | 0 | 0 | 5.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 10/28/2021 | 11:41 | CST-6 | High Wind | 50 kts. MG | 0 | 0 | 0.00K | 0.00K |
| ROSE HILL | DALLAS CO. | TX | 11/10/2021 | 21:45 | CST-6 | Thunderstorm Wind | 50 kts. EG | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 01/15/2022 | 11:53 | CST-6 | High Wind | 50 kts. MG | 0 | 0 | 0.00K | 0.00K |
| (DFW)DALLAS-FT WORTH | DALLAS CO. | TX | 03/21/2022 | 17:20 | CST-6 | Thunderstorm Wind | 56 kts. EG | 0 | 0 | 4.00K | 0.00K |
| CARROLLTON | DALLAS CO. | TX | 03/21/2022 | 17:30 | CST-6 | Thunderstorm Wind | 60 kts. EG | 0 | 0 | 25.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 03/29/2022 | 17:45 | CST-6 | Strong Wind | 39 kts. EG | 0 | 0 | 50.00K | 0.00K |
| FARMERS BRANCH | DALLAS CO. | TX | 06/02/2022 | 03:30 | CST-6 | Thunderstorm Wind | 65 kts. EG | 0 | 0 | 75.00K | 0.00K |
| CARROLLTON | DALLAS CO. | TX | 06/02/2022 | 03:30 | CST-6 | Thunderstorm Wind | 61 kts. EG | 0 | 0 | 100.00K | 0.00K |
| DE SOTO CARROLL ARPT | DALLAS CO. | TX | 07/14/2022 | 10:40 | CST-6 | Thunderstorm Wind | 39 kts. EG | 0 | 0 | 1.00K | 0.00K |
| RICHARDSON | DALLAS CO. | TX | 09/04/2022 | 14:12 | CST-6 | Thunderstorm Wind | 50 kts. EG | 0 | 0 | 0.00K | 0.00K |
| BOUCHARD | DALLAS CO. | TX | 09/04/2022 | 14:14 | CST-6 | Thunderstorm Wind | 50 kts. EG | 0 | 0 | 10.00K | 0.00K |
| HIGHLAND PARK | DALLAS CO. | TX | 09/04/2022 | 14:18 | CST-6 | Thunderstorm Wind | 50 kts. EG | 0 | 0 | 0.00K | 0.00K |
| OAK CLIFF | DALLAS CO. | TX | 09/04/2022 | 14:21 | CST-6 | Thunderstorm Wind | 55 kts. EG | 0 | 0 | 0.00K | 0.00K |
| (RBD)REDBIRD ARPT DA | DALLAS CO. | TX | 09/04/2022 | 14:27 | CST-6 | Thunderstorm Wind | 56 kts. MG | 0 | 0 | 0.00K | 0.00K |
| EAGLE FORD | DALLAS CO. | TX | 09/25/2022 | 16:30 | CST-6 | Thunderstorm Wind | 55 kts. EG | 0 | 0 | 0.00K | 0.00K |
| PEELER | DALLAS CO. | TX | 09/25/2022 | 16:30 | CST-6 | Thunderstorm Wind | 55 kts. EG | 0 | 0 | 50.00K | 0.00K |
| ADDISON | DALLAS CO. | TX | 11/04/2022 | 13:24 | CST-6 | Thunderstorm Wind | 53 kts. MG | 0 | 0 | 0.00K | 0.00K |
| (RBD)REDBIRD ARPT DA | DALLAS CO. | TX | 12/13/2022 | 09:32 | CST-6 | Thunderstorm Wind | 54 kts. MG | 0 | 0 | 0.00K | 0.00K |
| (RBD)REDBIRD ARPT DA | DALLAS CO. | TX | 03/02/2023 | 18:34 | CST-6 | Thunderstorm Wind | 55 kts. MG | 0 | 0 | 0.00K | 0.00K |
| (DAL)LOVE FLD DALLAS | DALLAS CO. | TX | 03/02/2023 | 18:34 | CST-6 | Thunderstorm Wind | 66 kts. MG | 0 | 0 | 0.00K | 0.00K |
| GARLAND | DALLAS CO. | TX | 03/02/2023 | 18:45 | CST-6 | Thunderstorm Wind | 59 kts. EG | 0 | 0 | 0.00K | 0.00K |
| ELAM | DALLAS CO. | TX | 03/02/2023 | 18:45 | CST-6 | Thunderstorm Wind | 61 kts. EG | 0 | 0 | 8.00K | 0.00K |
| BALCH SPGS | DALLAS CO. | TX | 03/02/2023 | 19:05 | CST-6 | Thunderstorm Wind | 65 kts. EG | 1 | 6 | 75.00K | 0.00K |
| LIGGETT | DALLAS CO. | TX | 03/16/2023 | 15:47 | CST-6 | Tornado | EF1 | 0 | 0 | 0.00K | 0.00K |
| SOWERS | DALLAS CO. | TX | 03/16/2023 | 15:52 | CST-6 | Tornado | EF1 | 0 | 0 | 0.00K | 0.00K |

| Location | County | St | Date | Time | Zone | Type | Mag | Dth | Inj | PrD | CrD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ROSE HILL | DALLAS CO. | TX | 03/16/2023 | 16:30 | CST-6 | Thunderstorm Wind | 40 kts. EG | 0 | 0 | 5.00K | 0.00K |
| GARLAND | DALLAS CO. | TX | 03/16/2023 | 16:30 | CST-6 | Thunderstorm Wind | 40 kts. EG | 0 | 0 | 2.00K | 0.00K |
| GRIBBLE | DALLAS CO. | TX | 06/07/2023 | 18:25 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 0.00K | 0.00K |
| (DFW)DALLAS-FT WORTH | DALLAS CO. | TX | 04/09/2024 | 01:29 | CST-6 | Thunderstorm Wind | 53 kts. MG | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 05/26/2024 | 04:20 | CST-6 | High Wind | 50 kts. EG | 0 | 0 | 0.00K | 0.00K |
| DALLAS (ZONE) | DALLAS (ZONE) | TX | 05/26/2024 | 04:48 | CST-6 | High Wind | 50 kts. EG | 0 | 0 | 0.00K | 0.00K |
| COPPELL | DALLAS CO. | TX | 05/28/2024 | 04:50 | CST-6 | Thunderstorm Wind | 62 kts. MG | 0 | 0 | 350.00K | 0.00K |
| FARMERS BRANCH | DALLAS CO. | TX | 05/28/2024 | 04:56 | CST-6 | Thunderstorm Wind | 70 kts. EG | 0 | 0 | 200.00K | 0.00K |
| RENNER | DALLAS CO. | TX | 05/28/2024 | 05:00 | CST-6 | Thunderstorm Wind | 78 kts. EG | 0 | 0 | 2.000M | 0.00K |
| RICHARDSON | DALLAS CO. | TX | 05/28/2024 | 05:03 | CST-6 | Thunderstorm Wind | 63 kts. MG | 0 | 0 | 10.00K | 0.00K |
| RICHARDSON | DALLAS CO. | TX | 05/28/2024 | 05:03 | CST-6 | Thunderstorm Wind | 83 kts. EG | 0 | 0 | 2.000M | 0.00K |
| (RBD)REDBIRD ARPT DA | DALLAS CO. | TX | 05/28/2024 | 05:07 | CST-6 | Thunderstorm Wind | 52 kts. MG | 0 | 0 | 5.00K | 0.00K |
| (DAL)LOVE FLD DALLAS | DALLAS CO. | TX | 05/28/2024 | 05:08 | CST-6 | Thunderstorm Wind | 65 kts. MG | 0 | 0 | 10.00K | 0.00K |
| NEW HOPE | DALLAS CO. | TX | 05/28/2024 | 05:15 | CST-6 | Thunderstorm Wind | 61 kts. EG | 0 | 0 | 20.00K | 0.00K |
| (ADS)ADDISON ARPT DA | DALLAS CO. | TX | 05/28/2024 | 05:15 | CST-6 | Thunderstorm Wind | 70 kts. EG | 0 | 0 | 15.00K | 0.00K |
| PLEASANT VLY | DALLAS CO. | TX | 05/28/2024 | 05:18 | CST-6 | Thunderstorm Wind | 63 kts. MG | 0 | 0 | 250.00K | 0.00K |
| HIGHLAND PARK | DALLAS CO. | TX | 05/28/2024 | 05:20 | CST-6 | Thunderstorm Wind | 61 kts. EG | 0 | 0 | 20.00K | 0.00K |
| CEDAR HILL | DALLAS CO. | TX | 05/28/2024 | 05:24 | CST-6 | Thunderstorm Wind | 56 kts. EG | 0 | 0 | 0.00K | 0.00K |
| SUNNYVALE | DALLAS CO. | TX | 05/28/2024 | 05:35 | CST-6 | Thunderstorm Wind | 54 kts. MG | 0 | 0 | 2.00K | 0.00K |
| LANCASTER ARPT | DALLAS CO. | TX | 05/28/2024 | 05:35 | CST-6 | Thunderstorm Wind | 50 kts. MG | 0 | 0 | 2.00K | 0.00K |
| KLEBERG | DALLAS CO. | TX | 05/28/2024 | 05:37 | CST-6 | Thunderstorm Wind | 61 kts. EG | 0 | 0 | 10.00K | 0.00K |
| GRIBBLE | DALLAS CO. | TX | 06/01/2024 | 12:00 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 8.00K | 0.00K |
| HIGHLAND PARK | DALLAS CO. | TX | 08/03/2024 | 03:23 | CST-6 | Thunderstorm Wind | 50 kts. EG | 0 | 0 | 0.00K | 0.00K |
| **Totals:** | | | | | | | | 1 | 6 | 1.976B | 0.00K |

JS|HELD

# APPENDIX C

Weather Research and Hail

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

JS HELD 0074



## NATIONAL WEATHER SERVICE – STORM EVENTS DATABASE AND LOCAL STORM REPORTS

The National Centers for Environmental Information (NCEI) collects information from the National Weather Service (NWS) and publishes descriptions of weather events in their Storm Events Database. This database is available online at http://www.ncdc.noaa.gov/stormevents, and it is searchable over a specified date range. The NCEI Storm Event descriptions are an edited combination of official weather observations at the NWS recording sites; eyewitness reports by individuals, storm spotters, or emergency management officials; media and social media reports; and occasionally the reports of observation teams dispatched by the NWS. However, these reports are not a substitute for site-specific observations. The current NWS "severe" criteria for entry of hailstones in the database is 1.0-inch diameter or larger, although values as low as 0.75-inch diameter hailstone can be included.

The NCEI database is usually several months behind the current date and will not contain information on the most recent storms. Daily weather-related observations by NWS Local Forecast Offices are compiled in another database called the Local Storm Reports (LSR) database. The LSR database is searchable online for a specified date range and displays the results on a mapping interface. The LSR data can include additional reports that were edited away during the NWS review process that generates the SED; however, it generally includes the same information.

## SPATTER MARKS AND DIRECTIONALITY OF HAIL

Spatter marks result when hailstones strike surfaces covered with grime, micro-organisms, oxidation, algae, etc. Inspection of horizontal and vertical surfaces at a property can provide insight to the approximate size, hardness, frequency, and direction of a hail event from the spatter marks left behind. Spatter marks are temporary and tend to fade within several years of their creation generally between 12 and 24 months. Although the visibility and longevity of spatter marks can vary based on the material and amount of oxides and organic materials scuffed away, harder hailstones typically remove more surface contaminants and tend to produce less splay, creating well-defined edges of a spatter mark. Spatter marks from softer hailstones typically create more splay and poorly defined edges, resulting from hailstones breaking apart upon impact. The orientation of the splay provides directionality of the hail fall, and the width of the base of the splay provides approximate hail size.

## COLLATERAL INDICATORS OF HAIL IMPACT ENERGY

When examining a property for the effects of hail, one must consider all aspects of the impact energies from hail at the site. Inspection of metal appurtenances can provide insight to the size, frequency and hardness of hailstones that have fallen. Dents in light-gauge metals impacted by hail are a permanent record of all hailstones that have struck exposed surfaces over the years. However, dents with coincidental spatter marks can provide details to the size and frequency of recent hail.

JS|HELD

Cumberland Property Management - Sunshine Estate Plaza, LLC [250100173]
Appendix C – Weather Research and Hail
January 24, 2025
Page 2 of 3

Metal surfaces can be used to evaluate the relative size of hailstones. Harder or larger hailstones produce deeper dents in metal than smaller or softer hailstones. Thin-gauge metal roof appurtenances and building trim can be easily dented by smaller diameter hailstones than would be needed to compromise some roofing materials. For example, a 1/2-inch diameter hailstone can dent a thin-gauge aluminum flue cap or fascia but lacks the energy necessary to rupture most roofing types.

Research papers by others outline the effects of hail on metal appurtenances. Understanding the relationship of the size of dents in the different types of metals at a site aids in understanding of the potential of the impact energy to the shingles from hail. Two papers that correlate impact energy with severity of dents in metal appurtenances are:

- J.D. Koontz, "*Hail: Sizing It Up!*"
- Scott Morrison, Haag Engineering, "*Dents in Metal Appurtenances Caused by Ice Ball Impacts*".

## HAIL DAMAGE – DISCUSSION AND DEFINITION

Hail damage to roof coverings occurs when hailstone impacts diminish the weather-resisting function and/or service life of the roof covering. Hailstone impacts that do not result in one or both circumstances are considered to have been resisted by the roofing materials. As such, not all hail causes damage to roofing.

Hailstones can damage building materials if they possess the necessary impact parameters. The three important characteristics of damaging hail are size, density, and hardness of the hailstone. The hailstone size and density are principal influences on the mass and velocity of a stone and, therefore, the energy the hailstone imparts on the roof surface.

In addition to size, the angle of impact also plays an important role in the energy transfer of a hailstone. Direct impacts (impacts perpendicular to a roof surface) generally transfer more energy to the roofing than do glancing impacts from hailstones. Thus, surfaces facing the direction of incident hail fall usually sustain more damage than those facing away from the impacting hail. Directional variations in impact damage to roofing usually are greater on steep roofs than flat roofs, because slopes facing away from the storm direction usually receive glancing impacts. On low-sloped roofs (approximately flat roofs), directional variations in damage are most pronounced on vertical surfaces that face the different directions, such as parapets and curbs, rather than the low-sloped roofing itself.

480 Wrangler Drive Suite 300 | Coppell TX 75019 | 469-993-1261 | Find your expert at jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration

App. 0011    JS HELD 0076



## MODIFIED BITUMEN

Impact tests and field observations have shown that for modified bitumen membranes, hailstones typically must be frozen solid and about 1.5 inches in diameter before damage is likely. Hail damage to a modified bitumen roof is characterized by a fractured reinforcing mat (i.e. a bruise) at the impact point and often a discernible indentation in the substrate material. Occasionally, in special circumstances (e.g., newer membranes), granules can be scuffed from the asphalt surface without bruising, but this type of scuffing still requires a large, frozen-solid hailstone comparable to those that cause bruises.

## HAIL-CAUSED GRANULE SCOURING AND NATURAL GRANULE LOSS

Granule scouring caused by hail refers to granules that have been removed by hail such that unprotected coating asphalt is exposed. The area where granules have been scoured is not accompanied by an indentation or rupture in the membrane.

It should be noted that granule loss on a modified bitumen membrane occurs from the moment it is manufactured: in shipping, handling, during installation, in wear and tear on the roof, and throughout the natural weathering process as the membrane continues to age. In general, at the time of manufacturing, more granules are placed on the membrane than are needed to cover the membrane's coating asphalt. The granule excess exists atop and between those granules that are embedded in the coating asphalt, and as long as the surface remains well-covered with granules, there is no reduction in roofing performance or expected service life. Granule loss due to weathering also can manifest as a widespread condition, or in small localized areas (sometimes in circular shapes).

In general, granule adhesion to membrane is sufficient to resist a damaging degree of granule removal by hailstone impacts of insufficient size and impact energy to also rupture the base mats. However, in cases where the granule adhesion to the asphalt is atypical low, such from a deficient bonding during original manufacture, there is a potential that hailstone impacts lacking the energy to rupture the base mat may still cause a degree of concentrated granule loss blemishes.

App. 0173    JS HELD 0077

# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SUNSHINE EASTGATE PLAZA LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-02990-O |
| | § | |
| LEXINGTON INSURANCE | § | |
| COMPANY, ET AL., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM OPINION & ORDER

Before the Court is Defendant StarStone Specialty Insurance Company's ("StarStone") Motion to Strike Plaintiff's Claims for Attorney's Fees, to which Defendant Axis Surplus Insurance Company's ("Axis") joins, and Brief and Appendix in Support (ECF Nos. 13, 14, 15, 16); Plaintiff's Response to the Motion to Strike (ECF No. 21); and Defendants Axis's and StarStone's Replies (ECF Nos. 22, 23). Having considered the Motion, briefing, and applicable law, the Court finds that the Motion should be, and hereby is, **GRANTED**.

### I.     BACKGROUND

According to Plaintiff's Complaint, this case is about an insurance coverage dispute arising out of alleged storm damage to a commercial building (the "Property"). The Property was insured under three separate commercial property policies issued by Defendants. Plaintiff alleges that on September 24, 2024, the Property sustained wind and hail damage. According to Plaintiff's complaint, upon discovery of the damage, Plaintiff filed a claim. Defendants sent a field inspector to the Property. After the inspection, Plaintiff alleges that it followed up with an unspecified defendant for updates on its claim. Plaintiff alleges that the full benefits due under the policy were not paid out.

- 1 -

App. 000115

On May 7, 2025, pursuant to Texas Insurance Code Chapter 541 and Chapter 542, Plaintiff sent a Notice of Intent ("NOI") letter addressed to Ryan Vesta and Lexington Insurance Company.[1] On September 25, 2025, Plaintiff filed this lawsuit bringing claims for breach of contract, violations of chapters 541 and 542 of the Texas Insurance Code, and declaratory judgment. The case was subsequently removed to this Court.

## II.    LEGAL STANDARD

Section 542A.003 of the Texas Insurance Code provides that "not later than the 61st day before the date a claimant files an action to which this chapter applies in which the claimant seeks damages from any person, the claimant must give written notice to the person . . . ." Tex. Ins. Code § 542A.003(a). The notice must provide: "(1) a statement of the acts or omissions giving rise to the claim; (2) the specific amount alleged to be owed by the insurer on the claim for damage to or loss of covered property; and (3) the amount of reasonable and necessary attorney's fees incurred by the claimant . . . ." *Id.* at § 542A.003(b). If notice is provided by an attorney or representative on the claimant's behalf, "the attorney or representative shall: (1) provide a copy of the notice to the claimant; and (2) include in the notice a statement that a copy of the notice was provided to the claimant." *Id.* at § 542A.003(c)(1). "The notice requirement is intended to give a defendant insurer a right and opportunity to make a settlement offer." *Rodriguez v. Metro. Lloyds Ins. Co. of Tex.*, No. 5:15-CV-143-C, 2015 WL 12699855, at *4 (N.D. Tex. July 27, 2015) (citing Tex. Ins. Code § 541.156).

## III.    ANALYSIS

Defendants argue that Plaintiff did not provide them with the requisite notice of its claims under § 542A.007(d) of the Texas Insurance Code including a statement of facts or omissions by

---

[1] Pl.'s Resp. Defs.' Mot. Strike Ex. A (Plaintiff's NOI Letter), ECF No. 21.

App. 000116

Defendants giving rise to the claims asserted in these proceedings, the precise amount alleged to be owed by Defendants, and the amount of reasonable and necessary attorneys' fees incurred by Plaintiff.[2] Plaintiff responds that the May 7, 2025 letter addressed to Defendant Lexington constitutes pre-suit notice to Defendants Axis and StarStone.[3] The Court disagrees with Plaintiff.

The Texas Supreme Court explained that section 542A.003 "requires the notice to provide 'the specific amount alleged to be owed by *the insurer* on *the claim*.'" *In re Lubbock Indep. Sch. Dist.*, 700 S.W.3d 426, 428 (Tex. 2024) (per curiam) (emphasis in original) (citing Tex. Ins. Code § 542A.003). The Texas Supreme Court held that an insured's "single notice to all insurers failed to satisfy these requirements" because "it failed to separately state the amount alleged to be owed by each insurer." *Id.* Here, Plaintiff's NOI asserts that "*Lexington Insurance Company* has failed to issue full payment for necessary repairs."[4] The letter to Lexington describes no acts or omissions by either StarStone or Axis.

On September 25, 2025, Plaintiff filed its Complaint asserting breach of contract and statutory claims against StarStone, Lexington, and AXIS.[5] As such, pursuant to § 542A.003(b)(2) of the Texas Insurance Code, Plaintiff was required to provide StarStone and Axis pre-suit notice no later than July 26, 2025. Plaintiff only provided Lexington with the required presuit notice.[6] Providing presuit notice to other insurers but not Defendants, cannot satisfy the presuit notice requirements set out in the Texas Insurance Code. *Lotus SKY, LLC v. Lexington Ins. Co.*, No. 2:24-CV-00085-Z-BR, 2024 WL 3906768, at *2 (N.D. Tex. Aug. 22, 2024).

---

[2] Br. Supp. Mot. Strike 5, ECF No. 14.
[3] Pl.'s Resp. Defs.' Mot. Strike 3–5, ECF No. 21.
[4] Pl.'s Resp. Defs.' Mot. Strike, Ex. A (Plaintiff's NOI Letter), ECF No. 21 (emphasis added).
[5] *See* Compl. ¶¶ 44–77, ECF No. 1-6.
[6] *Id.*

App. 000117

Plaintiff argues in the alternative that should the Court find that Defendants were not given proper presuit notice but that "the appropriate remedy would be limited abatement to allow supplemental notice—not striking Plaintiff's attorneys' fees." Again, the Court disagrees. In 2017, the Texas Legislature revised the Insurance Code to provide defendant-insurers with a choice of remedies when plaintiffs do not provide the required presuit notice "such as limiting attorney's fees (Tex. Ins. Code § 542A.007(d)) or abating the proceedings (Tex. Ins. Code § 542A.005)." *Rahe v. Meridian Sec. Ins. Co.*, No. 3:21-CV-545-E, 2022 WL 614995, *3 (N.D. Tex. Feb. 28, 2022). Defendants StarStone and Axis chose to limit Plaintiff's attorney's fees and abatement is inappropriate where a defendant has not filed a plea in abatement. *See id.* (citing Tex. Ins. Code § 542A.005(a)).

## IV. CONCLUSION

For the forgoing reasons it is **ORDERED** that Defendants' Motion to Strike (ECF No. 13) is **GRANTED**. Plaintiff shall not recover any attorney's fees incurred after the filing date of StarStone's 542A.007(d) pleading on November 10, 2025.

**SO ORDERED** on this **19th day** of **May, 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**

**App. 000118**

# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHEN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| ROYAL METRO, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-1297-Y |
| | § | |
| LEXINGTON INSURANCE COMPANY, | § | |
| STARSTONE SURPLUS INSURANCE | § | |
| COMPANY,  AND STARSTONE | § | |
| SPECIALTY INSURANCE COMPANY, | § | |

**ORDER GRANTING MOTIONS TO DISMISS PLAINTIFF'S**
**EXTRACONTRACTUAL CLAIMS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

On this day, the Court considered the separate Motions to Dismiss Plaintiff's Extracontractual Claims Pursuant to Fed. R. Civ. P. 12(b)(6)  (docs. 5 and 7)  filed by defendant AXIS Surplus Insurance Company ("AXIS") and defendant Starstone Specialty Insurance Company ("Starstone"). As of the date of this order, there have been no responses in opposition to these motions.  See N. D. Tex. L. Civ. R. 7.1(e) (requiring that responses to opposed motions be filed within twenty-one days after the motion is filed).  After review of the motions, Plaintiff's complaint filed in state court prior to removal, and the applicable law, the Court concludes that the motions should be, and they are hereby, **GRANTED**.

Therefore, Plaintiff's claims against AXIS and Starstone based on alleged violations of Chapter 541 and 542 of the Texas Insurance Code (§§ 541.060, 541.061, 542.055, 542.056, 542.057, 542.058) are DISMISSED WITH PREJUDICE due to Plaintiff's failure to adequately plead those claims for relief.

SIGNED December 23, 2025.

_____
Terry R. Means
United States District Judge

App. 000120