**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SUNSHINE EASTGATE PLAZA, LLC | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | NO. 3:25-cv-02986-O |
| | § | |
| LEXINGTON INSURANCE COMPANY, | § | |
| AXIS SURPLUS INSURANCE COMPANY, | § | |
| AND STARSTONE SPECIALTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

## DEFENDANT LEXINGTON INSURANCE COMPANY'S OBJECTION TO PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE (ECF NO. 30)

Defendant Lexington Insurance Company joins Defendants Axis Surplus Insurance Company and Starstone Specialty Insurance Company in their Response in Opposition to Plaintiff's Motion to Dismiss Without Prejudice (ECF No. 32).  For the reasons stated therein and incorporated as fully set forth here, Defendant Lexington Insurance Company respectfully requests the Court to Dismiss Plaintiff's claims with prejudice and to all other relief to which it may be justly entitled.

Respectfully submitted,

/s/ *William J. Eggleston*

William J. Eggleston
State Bar No. 06483500
Federal Bar No. 1989
wje@egglestonbriscoe.com

William J. Eggleston IV

1

State Bar No. 24063853
Federal Bar No. 3016881
will@egglestonbriscoe.com

**EGGLESTON & BRISCOE, LLP**
2190 North Loop West, Suite 200
Houston, Texas 77018
(713) 659-5100
(713) 951-9920 facsimile

**ATTORNEYS FOR DEFENDANT,
LEXINGTON INSURANCE
COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on July 31, 2026.

*/s/ William J. Eggleston*
William J. Eggleston

2