**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SUNSHINE EASTGATE PLAZA, LLC | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-cv-02986-O |
| | § | |
| | § | |
| LEXINGTON INSURANCE COMPANY, | § | |
| AXIS SURPLUS INSURANCE COMPANY, | § | |
| AND STARSTONE SPECIALTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| *Defendants.* | § | |

**DEFENDANTS AXIS AND STARSTONE'S
<u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

Defendants AXIS Surplus Insurance Company ("AXIS") and StarStone Specialty Insurance Company ("StarStone") file this Notice of Supplemental Authority to advise the Court of recent decision in from the Northern District of Texas that further supports the arguments raised in AXIS and StarStone's Response to Plaintiff Sunshine Eastgate Plaza, LLC ("Plaintiff") Motion to Dismiss Without Prejudice (ECF No. 32). AXIS and StarStone respectfully show the Court as follows:

In *Burford v. State Farm Lloyds*, No. 3:25-CV-2492-N (N.D. Tex. July 28, 2026), attached hereto as **Exhibit A**, the insureds failed to timely designate a repair-cost expert and offered "no[] justification for their delay." The court held that the insureds "failed to come forward with any evidence to show their policy covers their damage." Like the insureds in *Burford*, Plaintiff here allowed the Court's expert deadline to pass without designating the expert testimony necessary to prove its claims. Plaintiff now seeks dismissal without prejudice only after allowing the Court's expert designation deadline to expire.

1

For these reasons and the reasons raised in AXIS and StarStone's Response to Plaintiff's Motion to Dismiss Without Prejudice (ECF No. 32), AXIS and StarStone respectfully request that the Court dismiss Plaintiff's action with prejudice and further request all other relief to which they may be justly entitled.

Respectfully submitted,

SHACKELFORD, MCKINLEY & NORTON, LLP

By: /s/ Bruce R. Wilkin
    **Bruce R. Wilkin**
    Texas Bar No. 24053549
    bwilkin@shackelford.law
    **Gisela A. Aguilar**
    Texas Bar No. 24132153
    gaguilar@shackelford.law
    717 Texas Avenue, 27th Floor
    Houston, Texas 77002
    Phone: (832) 415-1801
    Fax: (832) 565-9030

    **Timothy E. Drake**
    State Bar No. 00789789
    tdrake@shackelford.law
    9201 N. Central Expressway, Fourth Floor
    Dallas, Texas 75231
    Phone: (214) 780-1383
    Fax: (214) 780-1401

    ATTORNEYS FOR DEFENDANTS AXIS SURPLUS INSURANCE COMPANY AND STARSTONE SPECIALTY INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on August 5, 2026.

/s/ Bruce R. Wilkin
Bruce R. Wilkin

2