Gmail **Service Email <service@nia.law>**

## Plaintiff’s Initial Disclosures – SUNSHINE EASTGATE PLAZA LLC v. LEXINGTON INSURANCE COMPANY et al. (Case No. 3:25-cv-02986-O)

**Service Email** <Service@nia.law> Tue, Mar 24, 2026 at 3:09 PM
To: William Eggleston <wje@egglestonbriscoe.com>, tdrake@shackelford.law, Gisela Aguilar <gaguilar@shackelford.law>, Bruce Wilkin <bwilkin@shackelford.law>, Will Eggleston <will@egglestonbriscoe.com>
Cc: Deishaly Morales <deishaly@nia.law>, Anthony Pastor <anthony@nia.law>, Erik Barnard <erik@nia.law>, Carla Rosa <carla@nia.law>

Good afternoon,

Please find attached Plaintiff’s Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

For your convenience, all supporting documents referenced in the disclosures have been uploaded to the following secure Google Drive folder:

Plaintiff’s Production Folder

Please don’t hesitate to contact me if you have any difficulty accessing the materials or if you would like to coordinate regarding additional discovery

Warm regards,

**Jazmin Marroquin**

**Legal Assistant**

**National Insurance Advocates**

**Website: NIA.Law**

NIA
NATIONAL INSURANCE
ADVOCATES

**Sunshine (2986) - Initial Disclosures.pdf**
150K

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

SUNSHINE EASTGATE PLAZA LLC,

Plaintiff,

v. CASE No. 3:25-cv-02986-O

LEXINGTON INSURANCE COMPANY et al.
Defendant.

**PLAINTIFFS' INITIAL FED. R. CIV. P. 26(A)(1) DISCLOSURES**

COMES NOW, SUNSHINE EASTGATE PLAZA LLC, ("Plaintiff"), by and through their undersigned counsel, National Insurance Advocates, LLP, pursuant to Fed. R. Civ. P. 26(a)(1), hereby submits Plaintiff's Initial Disclosures as follows:

## I. PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT THE DISCLOSING PARTY MAY USE TO SUPPORT CLAIMS OR DEFENSES

Plaintiff identifies the following individuals as likely to have discoverable information that Plaintiff may use to support their claims or defenses in this action, unless the use would be solely for purposes of impeachment:

1. *Yea Park - Corporate Representative of SUNSHINE EASTGATE PLAZA LLC*

   The corporate representatives of SUNSHINE EASTGATE PLAZA LLC have knowledge and information regarding their property and the roof conditions before and after the date of loss, the insurance claim made against Defendant, and other relevant information to this litigation.

2. *Ryan Vesta (License Number P203654)*
   *Insurance Adjuster Representative*
   *Email: Ryan_Vesta@us.crawco.com*
   *Phone: 260-437-1937*

   Mr. Vesta has knowledge and information regarding the adjustment, investigation, and handling of Plaintiff's insurance claim, including but not limited to inspections of the property, observations made during those inspections, determinations regarding causation, scope, and extent of damages, preparation and review of estimates, coverage decisions, communications with Plaintiff and Plaintiff's representatives, and other matters relevant to this litigation.

3. *Chris Gonzalez - Corporate Representative of Restore Masters*
   *400 E Las Colinas Blvd Irving, TX 75039*
   The representative has knowledge and information regarding inspections of the subject property, observed damages, causation assessments, preparation of repair estimates, scope and pricing of necessary repairs, industry standards applicable to the work, and documentation generated in connection with the loss, including photographs and inspection reports.

4. *Johanna Somers*
   *Phone: 805-704-6825*

   Following a reported hail and wind event, Johanna Somers inspected the subject property. In the course of that inspection, she observed and documented the condition of the roof and related exterior components. As a result of his inspection, Johanna has knowledge of the conditions and damages present at the subject property following the hail and wind event.

5. Discovery is ongoing and Plaintiff reserves the right to supplement these disclosures.

**II. DOCUMENTS, DATA COMPILATIONS, AND TANGIBLE THINGS**

Pursuant to Fed. R. Civ. P. 26(a), Plaintiffs provide a description of all documents, data compilations, and tangible things that Plaintiff may use to support its claims or defenses in

this action, unless the use would be solely for purposes of impeachment, all of which are available at Plaintiffs' counsel's office for review and inspection:

1. The repair estimate prepared by Restore Masters, LLC, detailing the scope of damages, necessary repairs, quantities, pricing, and the estimated cost to restore the insured property to its pre-loss condition. This estimate addresses roof systems and related components and is relevant to the nature and extent of covered damages and the amount of loss. *Labeled:* **RM Estimate**

2. The commercial property insurance policy issued by Lexington Insurance Company (including declarations, forms, endorsements, exclusions, conditions, and applicable sublimits). This policy governs the rights, duties, coverages, limitations, and benefits at issue in this action. *Labeled:* **Sunshine – Policy**

3. A weather history report for the insured location at 4445 Saturn Road, Garland, Texas, identifying historical hail and wind events impacting the property area. This report is relevant to the cause of loss and supports Plaintiff's contention that the property sustained damage from covered weather events. *Labeled:* **Weather History.**

4. Photographs depicting the condition of the insured property, including the roof and related components, documenting observed conditions and alleged damage. These photographs were generated in connection with inspections of the property and are relevant to causation, scope, and extent of loss. *Labeled:*
   - **Inspections Photos;**
   - **RM Photos**

5. Any document identified through the course of discovery. Discovery is ongoing and Plaintiffs reserve the right to supplement these disclosures.

**III. DESCRIPTION AND COMPUTATION OF DAMAGES**

Plaintiffs seek an award of their damages totaling $1,966,224.46, their costs, expert

witness fees, interest, attorney's fees and such other and further relief as this Court deems just and proper.

**IV. INSURANCE POLICIES**

Defendant is the insurance company in this case. A copy of the insurance policy issued by Lexington Insurance Company will be produced as part of Plaintiff's Initial Disclosures.

Pursuant to Fed. R. Civ .P. 26(e), Plaintiff reserves the right to supplement these Initial Disclosures.

Dated: 03/24/2026

Respectfully submitted,

*/s/ Anthony Pastor. Esq*
Anthony Pastor #24144592
National Insurance Advocates, LLP
6619 S Dixie Hwy., #363
Miami, FL 33143
Telephone: 833-701-4110
Email: service@nia.law
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

Plaintiff, SUNSHINE EASTGATE PLAZA LLC, by and through undersigned counsel hereby certifies that the foregoing Plaintiff's Rule 26 Initial Disclosures were served upon Defendant in this matter via email on March 24, 2026.

**SHACKELFORD, M C KINLEY & NORTON, LLP**

By: /s/ Bruce R. Wilkin
**Bruce R. Wilkin**
Texas Bar No. 24053549
bwilkin@shackelford.law

**Gisela A. Aguilar**
Texas Bar No. 24132153
gaguilar@shackelford.law
717 Texas Avenue, 27th Floor
Houston, Texas 77002
Phone: (832) 415-1801
Fax: (832) 565-9030

**Timothy E. Drake**
State Bar No. 00789789
tdrake@shackelford.law
9201 N. Central Expressway, Fourth Floor
Dallas, Texas 75231
Phone: (214) 780-1383
Fax: (214) 780-1401

*ATTORNEYS FOR DEFENDANT*

Respectfully submitted,

*/s/ Anthony Pastor. Esq*
Anthony Pastor #24144592
National Insurance Advocates, LLP
6619 S Dixie Hwy., #363
Miami, FL 33143
Telephone: 833-701-4110
Email: service@nia.law
*Attorney for Plaintiff*