Gmail **Service Email <service@nia.law>**

# Voluntary Dismissal: Royal Metro v Lexington et al; Sunshine Eastgate v. Lexington et al (both)

1 message

**Erik Barnard** <erik@nia.law> Tue, Jul 21, 2026 at 2:40 PM
To: bwilkin@shackelford.law, gaguilar@shackelford.law, tdrake@shackelford.law, "wje@egglestonbriscoe.com" <wje@egglestonbriscoe.com>, "litigation@nia.law" <litigation@nia.law>, Anthony Pastor <anthony@nia.law>

Counsel,

We write to confer regarding the voluntary dismissal without prejudice of the following three matters, in which your firm(s) represent the defendant(s):

1. Royal Metro LLC v. Lexington Insurance Company, et al., No. 4:25-cv-01297-Y (N.D. Tex.)
2. Sunshine Eastgate Plaza, LLC v. Lexington Insurance Company, et al., No. 3:25-CV-2990-O (N.D. Tex.)
3. Sunshine Eastgate Plaza, LLC v. Lexington Insurance Company et al., No. 3:25-cv-02986-O (N.D. Tex.)

Plaintiff intends to dismiss each of these actions without prejudice, with each party to bear its own costs and fees. So that we can proceed by joint stipulation under Rule 41(a)(1)(A)(ii) rather than by motion, please let us know whether your client(s) will agree to a joint stipulation of dismissal without prejudice in each matter

We have prepared stipulations for signature and can circulate them immediately upon your confirmation. If your client(s) do not agree to a stipulation, please advise whether you oppose a Rule 41(a)(2) motion so we may reflect your position in the certificate of conference.

Given filing timing, we would appreciate a response today if possible. Thank you.

Thanks,

--
**Erik T. Barnard, Esq.**
**Attorney**
5900 Balcones Drive, STE 100
Austin, TX 78731
Tel. +1 (833) 701-4110

NIA
NATIONAL INSURANCE
ADVOCATES

**Bar Admissions:**

**Florida #110327**

**NOTICE**: This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately.

**3 attachments**

**sunshine eastgate NOVD 3 25-cv-02986-O.docx**
30K

**sunshine eastgate NOVD 3 25-CV-2990-O.docx**
30K

**metro Notice of dismissal without prejudice^.docx**
31K