Gmail Erik Barnard <erik@nia.law>

# Service of Plaintiff's First Set of Discovery – STARSTONE SPECIALTY INSURANCE COMPANY - Case No. 3:25-CV-2986-O

1 message

**Service Email** <Service@nia.law> Wed, Jun 17, 2026 at 4:17 PM
To: Bruce Wilkin <bwilkin@shackelford.law>, Gisela Aguilar <gaguilar@shackelford.law>, Tim Drake <tdrake@shackelford.law>
Cc: Deishaly Morales <deishaly@nia.law>, Erik Barnard <erik@nia.law>, Anthony Pastor <anthony@nia.law>

Good afternoon,

Please find attached Plaintiff's First Set of Discovery in the above-referenced matter, served pursuant to the Federal Rules of Civil Procedure. The following discovery documents are being served contemporaneously:

1. Plaintiff's Notice of Propounding First Set of Interrogatories to Defendant
2. Plaintiff's Notice of Propounding First Set of Requests for Production to Defendant
3. Plaintiff's Notice of Propounding First Set of Requests for Admissions to Defendant

Kindly confirm receipt of this correspondence and attachments at your earliest convenience.

Thank you for your attention to this matter.

Warm regards,

**Jazmin Marroquin**

**Legal Assistant**

**National Insurance Advocates**

**Website: NIA.Law**

NIA
NATIONAL INSURANCE
ADVOCATES

**6 attachments**

**StarStone - Plaintiff First Set of Requests for Admissions (2986).docx.pdf**
116K

**StarStone - Plaintiff First Set of Requests for Production (2986).docx**
28K

**StarStone - Plaintiff First Set of Requests for Admissions (2986).docx**
26K

**StarStone - Plaintiff First Set of Requests for Production (2986).docx.pdf**
129K

**StarStone - Plaintiff First Set of Interrogatories (2986).docx.pdf**
126K

**StarStone - Plaintiff First Set of Interrogatories (2986).docx**
27K